**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   FRANK ALLEN,
11          Plaintiff,                         No. C 11-03110 WHA
12      v.
13   RADIO SHACK CORPORATION,                  **REMINDER NOTICE OF
     and DOES 1 through 100,                   UPCOMING TRIAL AND FINAL
14                                             PRETRIAL CONFERENCE**
15          Defendants.
     _____/
16
17          This notice serves as a friendly reminder that this case remains set for a **FINAL**
18   **PRETRIAL CONFERENCE** on **FEBRUARY 11, 2013, AT 2:00 P.M.**, with a **JURY TRIAL** on
19   **FEBRUARY 19, 2013**.  Please consult the existing case management order and review and
20   follow all standing guidelines and orders of the undersigned for civil cases on the Court's
21   website at http://www.cand.uscourts.gov.  Continuances will rarely be granted.
22          The final pretrial conference will be an important event, for it will be there that the
23   shape of the upcoming trial will be determined, including *in limine* orders, time limits and
24   exhibit mechanics.  Lead trial counsel must attend.
25          To avoid any misunderstanding with respect to the final pretrial conference and trial,
26   the Court wishes to emphasize that all filings and appearances must be made — on pain of
27   dismissal, default or other sanction — unless and until a dismissal fully resolving the case is
28   received.  It will not be enough to inform the clerk that a settlement in principle has been

**United States District Court**
For the Northern District of California

1  reached or to lodge a partially executed settlement agreement or to lodge a fully executed

2  agreement (or dismissal) that resolves less than the entire case.  Where, however, a

3  fully-executed and unconditional settlement agreement clearly and fully disposing of the entire

4  case is lodged reasonably in advance of the pretrial conference or trial and only a ministerial

5  act remains, the Court will arrange a status conference to work out an alternate procedure

6  pending a formal dismissal.

7       Please state whether the Court can be of further ADR assistance (but avoid stating

8  offers, counteroffers or dollar amounts).

9       In this case, the Court wishes to consider the following additional trial procedures and

10 desires that counsel meet and confer and reach a stipulation concerning whether and how to

11 use them:

12       1.    Scheduling opposing experts so as to appear in successive order;

13       2.    Giving preliminary instructions on the law;

14       3.    Allowing limited pre-closing deliberations (as per, *e.g.*, Rule 39

15 of the Arizona Rules of Civil Procedure); and

16       4.    Allowing each side fifteen minutes of opening/argument time to

17 be used during the evidence time (in addition to normal opening statement and

18 closing argument).

19       Please present the results of your stipulation (or not) in the joint pretrial conference

20 submissions.

21

22

23 Dated:  September 13, 2012.

24                                    WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE

25

26

27

28

2