IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK ALLEN,

    Plaintiff,

v.

RADIO SHACK CORPORATION, and DOES 1 through 100,

    Defendants.

            /

No. C 11-03110 WHA

**ORDER RE DEFENDANT COUNSEL'S LETTER OF 9/18/2012**

    A letter is not the proper way to communicate with the Court. As a concession to the shortness of life, counsel are advised that if they are in trial when the day comes for the final pretrial conference, then they may ask the Court a few days beforehand for an adjustment. In the meantime, no adjustment will be made.

    **IT IS SO ORDERED.**

Dated: September 19, 2012.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE