IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK ALLEN,   No. C 11-03110 WHA

    Plaintiff,   **ORDER TO JURY COMMISSIONER**

v.

RADIO SHACK CORPORATION, et al.,

    Defendant.

    IT IS HEREBY ORDERED that the United Sates District Court Jury Commissioner shall furnish daily refreshments for the members of the jury in the above-entitled matter and during the deliberation lunch shall be furnished for the members of the jury at the expense of the United States District Court Jury Commissioner.

Dated: February 15, 2013

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE