ANGELA ALIOTO, (SBN 130328)
STEVEN L. ROBINSON (SBN 116146)
ANGELA MIA VERONESE (SBN 269942)
MATTHEW J. WAYNE (SBN 283897)
**LAW OFFICES OF MAYOR JOSEPH L. ALIOTO**
        **& ANGELA ALIOTO**
700 Montgomery Street
San Francisco, CA 94111
Telephone: (415) 434-8700
Facsimile: (415) 438-4638

Attorneys for Plaintiff
FRANK ALLEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| **FRANK ALLEN,** | Case No.: CV 11-03110 WHA |
| Plaintiff(s) , | Judge:    Hon. William H. Alsup |
| v. | **DECLARATION OF STEVEN L. ROBINSON IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY FEES** |
| **RADIO SHACK CORPORATION,** | |
| Defendant(s). | Date: April 25, 2013 |
|  | Time: 8:00 a.m. |
|  | Dept:    8, 19th Floor |
|  | Judgment Entered:  March 1, 2013 |

I, Steven 1. Robinson, Esq., declare as follows:

1.      I am an attorney licensed to practice law in the State of California. My state bar number is 116146.

2.      I received my Juris Doctor degree from Hastings College of the Law in June 1984.

Allen v. RadioShack, Case No. .CV 11-03110 WHA
Robinson Declaration re Attorney Fees

1

1   3.     I was admitted to the California State Bar in December 1984. At all times since I

2        have engaged in the practice of law. Since November 1992, my practice has

3        focused on employment civil litigation.

4   4.     Since January 4, 1998, I have been an attorney with the Law Offices of Mayor

5        Joseph L. Alioto and Angela Alioto. I practice exclusively in the area of

6        employment litigation.

7   5.     I did the briefing and the oral argument before the Federal Ninth Circuit of

8        Appeals in the case of Circuit City v. Adams. The major issue in that case was

9        whether my client could be compelled to arbitrate the discrimination case against

10        hie employer pursuant to a boilerplate form his employer made him sign. The

11        Ninth Circuit said the arbitration clause was not enforceable pursuant tothe

12        Federal Arbitration Act in Adams v. Circuit City (1999) 194 F.3d 1070. The

13        employer appealed to the United States Supreme Court. I appeared before the

14        United States Supreme Court, which reversed the Ninth Circuit. Circuit City v.

15        Adams (2001) 532 U.S. 105. I subsequently briefed and argued the matter on

16        remand. The Ninth Circuit again ruled that my client could not be required to

17        submit his case to binding arbitration, this time pursuant to State law. The

18        second opinion was published as Circuit City v. Adams, (2002) 279 F.3d 889. The

19        case was then remanded to Sonoma County Superior Court.

20   6.     I was one of the attorneys who worked on the case of Carroll/Bryant v. Interstate

21        Brands Corp. (San Francisco Superior Court Case Numbers 995728/304142).

22        There, our firm represented 20 plaintiffs and obtained a jury verdict of $ 130

23        million.

24   7.     In the Carroll/Bryant v. Interstate Brands Corp. matter, the Court awarded me

25        an hourly rate of: $ 295 for 1998; $ 315 for 1999; and $ 350 for 2000.

26

8.     In F. Alioto Company v. City and County of San Francisco,(San Francisco Superior Court, Case number 318360), I was awarded an hourly rate of $ 350 for work performed in 2001 and 2001. Significantly, this case wa a commercial landlord tenant matter and, for that reason, the fees were not subject to the same enhancements as are encountered in cases of employment discrimination.

9.     In Valladares v. Madera Quality Nut, a case tried during 2006 in Madera County, California.  I was awarded an hourly rate of $ 250.

10.    In Vandenburg v. County of Santa Clara, a case tried in 2008. I was awarded an hourly rate of $ 400

11.    In Gilman-Veronese v. Lucasfilm, a case tried 2010,  I was awarded an hourly rate of $ 400.

12.    In Idris v. Andrews International,   I was awarded an hourly rate of $ 400 an hour in an order dated June 10, 2012.

13.    I am requesting that this court grant me an hourly rate of $ 600, which is consistent with the standard shown in the case law referred to in the supporting memorandum of points and authorities and which is attached to the appendix filed with this court, and it is consistent with the hourly rates previously awarded for my work.

14.    It was and is my professional opinion that at inception this case presented a substantial amount of contingent risk, especially given the precarious financial state of the defendant.  I share the opinions expressed by Ms. Alioto in her declaration.

15.    I spent a total of 172 hours litigating this case before the jury verdict.

16.    Attached hereto as Exhibit A are true and correct copies of my timesheets.

17.    Except for the post trial work, my time sheets are based upon a reconstruction of

1     the time spent working on this case. In reconstructing my time, I relied on the

2     following: Records from Lexis, deposition transcripts, documents maintained

3     on my computer and on records in the law firm files.

4   18.     In calculating my time, I utilized billing judgment. Although I fully participated

5     in the strategic discussions at the beginning of the lawsuit and upon removal of

6     the matter to federal court, and was consulted with regards to pleadings and

7     discovery issues, I did not, aside from the initial meeting with the client, bill for

8     any time before August 21, 2012. Nor did I, in most instances, bill for reading e-

9     mails.

10   19.     I have spent 72.4 hours in working on this motion and am requesting that fees

11     of $ to cover that work be awarded. A true and correct copy of the time records

12     for work on this motion are attached hereto as Exhibit B.

13   20.     As a result of my 15 years working with Angela Alioto's firm, I have an

14     understanding of the practices utilized by the law firm in billing its clients. It is

15     the practice of the law firm that in the course of litigation, clients are responsible

16     for paying the following expenses: mediation fees, lexis legal research expenses,

17     travel expenses for the law firm's lawyers and retained experts, copying and

18     postage costs, deposition cost as well as process server fees to the extent not

19     reimbursed by the costs bill at the end of the case and, if it is a federal case,

20     PACER expenses.

21     I declare under penalty of perjury under the laws of the State of California that

22 the foregoing is true and correct. Signed March 15, 2013, in San Francisco.

23

24

25

26     Steven L. Robinson

27 Allen v. RadioShack, Case No. .CV 11-03110 WHA
Robinson Declaration re Attorney Fees     4

# EXHIBIT A

## ROBINSON - DISCOVERY

| | | |
|---|---|---|
| 08/21/12 | Read and respond to e-mail re representation of witnesses at deposition | 0.8 |
| 09/13/12 | Read and respond to e-mail of Angela & Joe re Pittakis Deposition and Managing agent | 0.1 |
| 10/01/12 | Read and respond to e-mail to co-counsel re OC query re Allen's wife as witness | 0.1 |
| 10/23/12 | Confer with Angela re deposition of Shaan Smith | 0.2 |
| 10/26/12 | Read and respond to e-mail of AMV re designation of non retained experts | 0.1 |
| 10/30/12 | Read proposed expert opinion of Howze. Email to AMV re feedback | 0.5 |
| 11/06/12 | Read OC e-mail re non retained expert - e-mail to Angela and AMV re feedback | 0.1 |
| 11/15/12 | Read Finkelstein's [DF HR Expert] report, research prior cases of Finkelstein and confer w/AMV | 1 |
| 11/16/12 | Read Finkelstein's [DF HR Expert] report, research prior cases of Finkelstein and confer w/AMV | 3 |
| | TOTAL | 5.9 |

## ROBINSON - MISCELLANEOUS TIME

07/29/10  Intake Meeting w/ Cl, AMV and other Potential Clients                    1.5

# ROBINSON - SUMMARY JUDGMENT TIME

| | | |
|---|---|---:|
| 11/19/12 | Work on MPAs in Opp to MSJ (Stray Remarks) Research | 0.5 |
| 11/20/12 | Work on MPAs in Opp to MSJ (Stray Remarks) Research | 0.8 |
| 11/20/12 | Work on MPAs in Opp to MSJ (Review depoisition transcripts) | 2 |
| 11/21/12 | Work on MPAs in Opp to MSJ (Managing agents/punitive damages) | 2 |
| 11/21/12 | Work on MPAs in Opp to MSJ (Review deposition transcripts) | 2 |
| 11/21/12 | Work on MPAs in Opp to MSJ -Review MSJ Order and evidence in Hamilton v. Radio Shack | 3.5 |
| 11/21/12 | Work on MPAs in Opp to MSJ (Review MSJ Order and evidence in Hunter v. Radio Shack) | 1 |
| 11/25/12 | Work on MPAs in Opp to MSJ (Protected Activity, harassment) Research and write | 7 |
| 11/26/12 | Work on MPAs in Opp to MSJ  Review depos and Hamilton MSJ record for our brief | 3 |
| 11/27/12 | Work on MPAs in Opp to MSJ (Managing agents/punitive damages) Research and writle | 5 |
| 11/28/12 | Review and offer comments to draft statement of facts | 1.5 |
| 11/28/12 | E-mail and in person confer regarding managing agents | 0.5 |
| 11/28/12 | Work on MPAs in Opp to MSJ (Confer with client and AMV re Client Declaration) | 2 |
| 11/28/12 | Draft MPAs in OPP to MSJ | 8 |
| 11/29/12 | Work on and Finalize MPAs in Opp to MSJ | 7 |
| 11/29/12 | Work on and Finalize Supporting Evidence inOpp to MSJ | 3 |
| 11/30/12 | Work on and File Notice of Errata re MSJ | 1 |
| 12/01/12 | E-mail correspondence re late filing of MSJ | 0.5 |
| 12/13/12 | Research judicial notce requirements, prepare and file declaration per court order | 2.3 |
| 12/20/12 | Prepare for and Attend Summary Judgment hearing | 2 |
| | TOTAL | 54.6 |

## ROBINSON - PRETRIAL MOTIONS

| | | |
|---|---|---:|
| 01/07/13 | Plaintiff MIL - Research HR Expert Admis State Law | 1.4 |
| 01/08/13 | Plaintiff MIL - Research HR Expert Admis -Federal | 5 |
| 01/09/13 | Plaintiff MIL - Research HR Expert Admis -Federal | 0.5 |
| 01/10/13 | Plaintiff MIL - Draft MIL to exclude HR Expert | 2 |
| 01/17/13 | Plaintiff MIL - Draft MIL to exclude HR Expert | 0.5 |
| 01/17/13 | Plaintiff MIL - Review Finkelmann's Expert Opinion | 3.2 |
| 01/18/13 | Plaintiff MIL - Draft MIL to exclude HR Expert | 6 |
| 01/22/13 | Plaintiff MIL Draft MIL to exclude HR Expert | 2 |
| 01/22/13 | Plaintiff MIL - Do MIL to exclude opinion of retail industry | 2.5 |
| 01/22/13 | Plaintiff MIL - Do MIL re punitive damages | 2.6 |
| 01/22/13 | Plaintiff MIL - Work on Supporting Declaration | 0.5 |
| 01/23/13 | Plaintiff MIL - Finalize Supporting Declaration | 0.4 |
| 01/23/13 | Defense MIL - Review Defendant MILs | 3 |
| 01/24/13 | Defense MIL -Work on Defendant MIL re Me Too Evidence | 1.3 |
| 01/25/13 | Joint Pre Trial Meet and Confer (attend portion of meeting) | 0.2 |
| 01/28/13 | Defense MIL Work on Opp to Defendant MIL re Plaintiff HR expert | 1.5 |
| 01/28/13 | Defemse MIL - Review Patricia Howze opinion | 3.5 |
| 01/29/13 | Defense MIL- Work on  Opp to Defendant MIL re Plaintff HR expert | 3 |
| 01/29/13 | Statement of the Case - Confer w/counsel. e-mail OC re statement of the case | 0.5 |
| 01/30/13 | Defense MIL - Work on Opp to Defendant MIL re MeToo Evidence | 2 |
| 01/31/13 | Defense MIL - Work on Opp to Defendant MIL re MeToo Evidence | 0.8 |
| 01/31/13 | Defense MIL - Work on Opp to Defendant MIL re Lay Opinion | 0.6 |
| 02/01/13 | Defense MIL - Finalize opp to Defendant MIL re Me Too Eividence | 0.5 |
| 02/01/13 | Defense MIL - Finalize Opp to Defenant a MIL re Plaintiff HR expert | 0.4 |
| 02/01/13 | Defense MIL - Work on and finalize Opp to Defendant MIL re Lay Opinion | 1.1 |
| 02/03/13 | Jury Instructions - Work on Memorandum of Law | 6 |
| 02/04/13 | Jury Instructions- Work on Memorandum of Law - Combine Matt & SR Contributions | 6 |
| | TOTAL | 57 |

## ROBINSON - TRIAL WORK

| | | |
|---|---|---|
| 02/11/13 | Attend Pretrial Conference | 2.5 |
| 02/11/13 | In Trial Briefing - Review Harris v.Santa Monica, Research | 2 |
| 02/12/13 | In Trial Briefing - Re Harris - Research and work on brief | 2 |
| 02/12/13 | Review draft outline of Opening statement and offer feedback | 0.8 |
| 02/13/13 | In Trial Briefing - Re Harris - Research re other jurisdictions jury instrucitons and work on brief | 2 |
| 02/14/13 | In Trial Briefing - Re Harris - Work on Brief | 7 |
| 02/15/13 | In Trial Briefing - Re Harris - Work on Brief | 3 |
| 02/15/13 | Review draft out line of opening statement | 0.5 |
| 02/15/13 | Review Defendants' briefing on Harris and revised insructions | 0.6 |
| 02/16/13 | Assist Angela w/review and analysis of exhibits | 6 |
| 02/16/13 | Review videoclips of Allen to be used by Def | 0.5 |
| 02/18/13 | Work on in trial motions re me too evidence and expert testimony | 4 |
| 02/19/13 | In Trial Briefing - Discrimination Against Others | 4.25 |
| 02/22/13 | In Trial Briefing - Judicial Comments/Defendant MISTRIAL motion | 6 |
| 02/22/13 | Confer with Co-Counsel (Angela and Matt) re Defendants subpoena | 0.3 |
| 02/24/13 | In Trial Briefing - Judicial Comments/Defendant MISTRIAL motion | 2 |
| 02/24/13 | Review draft of Cross-Examination of Ocampo / e-mail correspondence w/Angela regarding | 0.5 |
| 02/24/13 | Review our motion to quash subpoena and Defendants' Opposition | 0.5 |
| 02/25/13 | In Trial Briefing - Judicial Comments/Defendant MISTRIAL motion | 6 |
| 02/27/13 | In Trial Briefing - Unemployment benefits | 3 |
| | TOTAL | 53.45 |

# EXHIBIT B

ATTORNEY FEE MOTION

| Date | Description | Hours |
|---|---|---|
| 03/01/13 | Begin research | 1.2 |
| 03/01/13 | Exchange e-mails w/OC re meet and confer | 0.1 |
| 03/04/13 | Meeting w/co-counsel re post trial motion | 1.5 |
| 03/04/13 | Exchange e-mails w/Richard Pearl re declaration | 0.2 |
| 03/04/06 | Confer w/JM re hours | 0.1 |
| 03/06/13 | Exchange e-mails w/OC re meet and confer | 0.1 |
| 03/06/13 | Research Federal cases re hourly rates | 5.7 |
| 03/06/13 | Confer w/AMV & MW re declarations | 0.2 |
| 03/06/13 | Research state case re hour rates | 1.4 |
| 03/07/13 | Research Federal cases re out of pocket expenses | 4 |
| 03/07/13 | Reconstruct time/ consult e-mail and work product | 3.2 |
| 03/08/13 | Research State cases re lodestar | 3.8 |
| 03/08/13 | Research Federal cases re lodestar | 3.5 |
| 03/10/13 | Reconstruct time/ consult e-mail and work product | 1 |
| 03/10/13 | Review prior declarations/work on new one | 2 |
| 03/10/13 | Research law re taxable costs | 1 |
| 03/11/13 | Review prior AAPLC attorney fee motions | 2 |
| 03/11/13 | Research state and federal precedent re expert costs | 2 |
| 03/11/13 | Complete research re out of pocket expenses | 1 |
| 03/11/13 | Confer w/AMV & MW re declarations | 0.2 |
| 03/11/13 | Draft -MPAs | 2.6 |
| 03/12/13 | Review Lexis records/ revise time records | 0.5 |
| 03/12/13 | Confer w/ co-counsel re out of pocket costs | 0.5 |
| 03/12/13 | Draft-MPAs | 7 |
| 03/13/13 | Exchange e-mails w/Richard Pearl re declaration | 1.1 |
| 03/13/13 | Meet w/co-counsel re time and out of pocket expenses | 0.8 |
| 03/13/13 | Calculate rough lodestar | 0.4 |
| 03/13/13 | Draft and send e-mail to OC re meet and confer | 0.1 |
| 03/13/13 | Draft MPAs | 6.5 |
| 03/14/13 | Draft and review MPAs | 6.2 |
| 03/14/13 | Confer w/AMV & MW re declarations | 0.2 |
| 03/14/13 | Confer w/JM re declaration | 0.2 |
| 03/14/13 | Draft JM declaration | 0.3 |
| 03/14/13 | Exchange e-mails w/Richard Pearl re declaration | 0.7 |
| 03/14/13 | Review Palefsky Declaration | 0.2 |
| 03/14/13 | Review Angela Alioto Declartion | 0.4 |
| 03/14/13 | Meet and confer w/ co-counsel re Atty Fee Motion | 1.5 |
| 03/15/13 | Review and finalize MPAs, Do moving papers | 4 |
| 03/15/13 | Review and finalize Declaration | 3.5 |
| 03/15/13 | Confer w/co-counsel re declarations | 1.5 |
| | TOTAL | 72.4 |

# APPENDIX EXHIBIT E

ANGELA ALIOTO, (SBN 130328)
STEVEN L. ROBINSON (SBN 116146)
ANGELA MIA VERONESE (SBN 269942)
MATTHEW J. WAYNE (SBN 283897)
**LAW OFFICES OF MAYOR JOSEPH L. ALIOTO**
**& ANGELA ALIOTO**
700 Montgomery Street
San Francisco, CA 94111
Telephone: (415) 434-8700
Facsimile: (415) 438-4638

Attorneys for Plaintiff
FRANK ALLEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| **FRANK ALLEN,** | Case No.: CV 11-03110 WHA |
| Plaintiff(s) , | Judge: Hon. William H. Alsup |
| v. | **DECLARATION OF JODY A. MEISEL SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY FEES** |
| **RADIO SHACK CORPORATION,** | |
| Defendant(s). | |
| | Judgment Entered: March 1, 2013 |

I, Jody A. Meisel, Esq., declare as follows:

1.     I am an attorney licensed to practice law in the State of California. My state bar
number is 109610.  I was admitted in December 1983.

2.     I received my Juris Doctor degree from the University of San Diego  in 1983.

3.   I received my Bachelor's degree at Stanford University in 1977.

4.   At all times since December 1983 I have been practicing law in the state of California.

5.   From 1986 through 1994, my practice consisted of civil litigation with an emphasis in Chapter 7 and 11 bankruptcy proceedings, representing both creditors and debtors. I had a variety of large and small firm experience in the West Los Angeles and Beverly Hills communities.

6.   Since March 1995, I have maintained my own office, known as the Law Offices of Jody Meisel, in San Francisco.  Since 1998 my practice emphasis has been Plaintiff's side employment litigation.

7.   Since 1998, I have worked as co-counsel with Angela Alioto and her law firm on a nearly continuous basis.  In that capacity I have tried cases with Ms. Alioto and have worked on a variety of legal projects as co-counsel.

8.   In December 2001, I tried the case of F. Alioto Company vs. The City and County of San Francisco in San Francisco Superior Court  as co-counsel with Angela Alioto. The Plaintiff in that case alleged the breach of a lease covenant.  As a result of the trial, we obtained a Plaintiff's verdict of  $ 3,018,833. In that case, the Plaintiff was awarded attorney fees pursuant to a provision in the lease. The hourly rate for my compensation was set at $ 325.

9.   Pursuant to the request of Angela Alioto, I provided 9.4 hours of work in this case. As is my practice, I kept contemporaneous records for the services provided.

10.  My work in this case consisted of the following:

     12/6/2011 Review and study FRCP Rule 26(f), confer with Angela Mia Veronese

Allen v. RadioShack, Case No. .CV 11-03110 WHA
Meisel Declaration re Attorney Fees

i

1    re Initial Disclosures (.2 hours)

2    12/8/2011 Review and study FRCP Rule 26(f), confer with Angela Mia re Initial

3    Disclosures (.2 hours)

4    12/9/2011 Read and study Complaint (.3 hours)

5    12/10/2011 Review FRCP, confer with Angela Mia re info needed for Initial

6    Disclosures (.3 hours)

7    12/10/2011 Draft Initial Disclosures (3.1 hours)

8    12/10/2011 Draft, print, review and edit Initial Disclosures (1.0 hours)

9    12/10/2011 Confer with Angela Mia re final draft of Initial Disclosures (.3 hours)

10   10/29/2012  Confer w/ AMV and witness Carlos Venegas, print documents (.3

11   hours)

12   10/30/2012 Read and study Complaint and email (.6 hours)

13   10/31/2012 Meet with witness Carlos Venegas (.4 hours)

14   10/31/2012 Defend deposition of witness Carlos Venegas (2.2 hours)

15   10/31/2012 Review notes, prepare deposition summary for AMV (.5 hours).

16   11.    Plaintiff Frank Allen is requesting that my time be compensated at the rate of $

17          500 per hour. I believe that reflects of fair valuation of my work given my

18          experience and the quality of my work.

19          I declare under penalty of perjury under the laws of the United States of America

20   that the foregoing is true and correct.  Signed March 15, 2013, in San Francisco,

21   California.

22

23

24                                                    Jody A. Meisel

25

26   Allen v. RadioShack, Case No. .CV 11-03110 WHA
     Meisel Declaration re Attorney Fees

27                                                                                    ii

# APPENDIX EXHIBIT F

1  Angela M. Alioto, (SBN 130328)
2  Steven L. Robinson, (SBN 118146)
   Angela Mia Veronese, (SBN 269942)
3  Matthew J. Wayne, (SBN 283897)
   LAW OFFICES OF JOSEPH L. ALIOTO
4      AND ANGELA ALIOTO
   700 Montgomery Street
5  San Francisco, CA 94111-2104
   Telephone: (415) 434-8700
6  Facsimile: (415) 438-4638

7  *Attorneys for Plaintiff*
   Frank Allen
8
9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11
   Frank Allen,                    ) Case No.: CV 11-03110 WHA
12                                  ) Judge:   Hon. William H. Alsup
                                    )
13          Plaintiff,              ) DECLARATION OF RICHARD M. PEARL
                                    ) IN SUPPORT OF PLAINTIFF FRANK
14                                  ) ALLEN'S MOTION FOR ATTORNEY FEES
                                    )
15     VS.                          )
                                    )
16  Radio Shack Corporation,        )
                                    ) JUDGMENT ENTERED: March 1, 2013
17          Defendants.             )
                                    )
18                                  )
                                    )
19                                  )
                                    )
20  _____    )

21
22
23  I, RICHARD M. PEARL, hereby declare the following:

24      1.     I am a member in good standing of the California State Bar.  I am in

25  private practice as the principal of my own law firm, the Law Offices of Richard M. Pearl,

26  in Berkeley, California.  I specialize in issues related to court-awarded attorneys' fees,

27  including the representation of parties in fee litigation and appeals, serving as an expert

28  witness, and serving as a mediator and arbitrator in disputes concerning attorneys' fees

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

1   and related issues. In this case, I have been asked by plaintiffs' counsel to render my

2   opinion on the reasonableness of the hourly rates they are requesting in this matter. I

3   make this Declaration in Support of Plaintiffs' Motion for Award of Attorneys' Fees and

4   Costs and Class Representatives' Service Awards.

5       2.     Briefly summarized, my background is as follows: I am a 1969 graduate

6   of Boalt Hall School of Law, University of California, Berkeley, California. I took the

7   California Bar Examination in August 1969 and passed it in November of that year, but

8   because I was working as an attorney in Atlanta, Georgia for the Legal Aid Society of

9   Atlanta (LASA), I was not admitted to the California Bar until January 1970. I worked for

10  LASA until summer of 1971, when I then went to work in California's Central Valley for

11  California Rural Legal Assistance, Inc., (CRLA), a statewide legal services program.

12  From 1977 to 1982, I was CRLA's Director of Litigation, supervising more than fifty

13  attorneys. In 1982, I went into private practice, first in a small law firm, then as a sole

14  practitioner. Martindale Hubbell rates my law firm "AV." I also have been selected as a

15  Northern California "Super Lawyer" in Appellate Law for 2005, 2006, 2007, 2008, 2010,

16  2011, 2012, and 2013. A copy of my Resume is attached hereto as Exhibit 1.

17      3.     Since 1982, my practice has been a general civil litigation and appellate

18  practice, with an emphasis on cases and appeals involving court-awarded attorneys'

19  fees. I have lectured and written extensively on court-awarded attorneys' fees. I have

20  been a member of the California State Bar's Attorneys Fees Task Force and have

21  testified before the State Bar Board of Governors and the California Legislature on

22  attorneys' fee issues. I am the author of California Attorney Fee Awards (3d ed Cal.

23  CEB 2010) and its February 2011, 2012, and 2013 Supplements. I also was the author

24  of California Attorney Fee Awards, 2d Ed. (Calif. Cont. Ed. of Bar 1994), and its 1995,

25  1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, and 2008

26  Supplements. This treatise has been cited by the California appellate courts on more

27  than 35 occasions. *See, e.g., Lolley v. Campbell* (2002) 28 Cal.4[th] 367, 373; *Chacon v.*

28

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

*Litke* (2010) 181 Cal.App.4th 1234, 1259. I also authored the 1984, 1985, 1987, 1988, 1990, 1991, 1992, and 1993 Supplements to its predecessor, CEB's California Attorney's Fees Award Practice. In addition, I authored a federal manual on attorneys' fees entitled Attorneys' Fees: A Legal Services Practice Manual, published by the Legal Services Corporation. I also co-authored the chapter on "Attorney Fees" in Volume 2 of CEB's Wrongful Employment Termination Practice, 2d Ed. (1997).

4.      More than 90% of my practice is devoted to issues involving court-awarded attorney's fees. I have been counsel in over 180 attorneys' fee applications in state and federal courts, primarily representing other attorneys. I also have briefed and argued more than 40 appeals, at least 25 of which have involved attorneys' fees issues. In the past dozen or so years, I have successfully handled four cases in the California Supreme Court involving court-awarded attorneys' fees: 1) *Delaney v. Baker* (1999) 20 Cal.4th 23, which held that heightened remedies, including attorneys' fees, are available in suits against nursing homes under California's Elder Abuse Act; 2) *Ketchum v. Moses* (2001) 24 Cal.4th 1122, which held, *inter alia*, that contingent risk multipliers remain available under California attorney fee law, despite the United States Supreme Court's contrary ruling on federal law (note that in *Ketchum*, I was primary appellate counsel in the Court of Appeal and "second chair" in the Supreme Court); 3) *Flannery v. Prentice* (2001) 26 Cal.4th 572, which held that in the absence of an agreement to the contrary, statutory attorneys' fees belong to the attorney whose services they are based upon; and 4) *Graham v. DaimlerChrysler Corp.* (2004) 34 Cal.4th 553, which I handled, along with trial counsel, in both the Court of Appeal and Supreme Court. I also successfully represented the plaintiffs in a previous attorneys' fee decision in the Supreme Court, *Maria P. v. Riles* (1987) 43 Cal.3d 1281, and represented *amicus curiae*, along with Richard Rothschild, in *Vasquez v. State of California* (2009) 45 Cal.4th 243. I also have handled numerous other appeals, including: *Davis v. City & County of San Francisco* (9th Cir. 1992) 976 F.2d 1536, *Mangold v. CPUC* (9th Cir. 1995) 67 F.3d 1470, *Velez v.*

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

1  *Wynne* (9th Cir. 2007) 2007 U.S.App.LEXIS 2194; *Camacho v. Bridgeport Financial,*

2  *Inc.* (9th Cir. 2008) 523 F.3d 973; *Center for Biological Diversity v. County of San*

3  *Bernardino* (2010) 185 Cal.App.4th 866; and *Environmental Protection Information*

4  *Center v. California Dept. of Forestry & Fire Protection et al* (2010) 190 Cal.App.4th 217.

5  For an expanded list of my reported decisions, *see* Exhibit 1.

6      5.    I also have been retained by various governmental entities at my then

7  current rates to consult with them regarding their affirmative attorney fee claims.

8      6.    I am frequently called upon to opine about the reasonableness of

9  attorneys' fees, and my declarations on that issue have been cited favorably by

10  numerous courts. These include: *Prison Legal News v. Schwarzenegger,* 608 F.3d 446,

11  455 (9th Cir. 2010), in which the expert declaration referred to in that opinion is mine);

12  *Stonebrae v. Toll Bros.*(N.D. Cal. 2011) 2011 U.S.Dist.LEXIS 39832, at *9 (thorough

13  discussion); *Armstrong v. Brown*  (N.D. Cal. 2011) 2011 U.S.Dist.LEXIS 87428;

14  *Californians for Disability Rights, Inc. v. California Dept. of Transportation* (N.D. Cal.

15  2010) 2010 U.S.Dist.LEXIS 141030;  *Prison Legal News v. Schwarzenegger,* 561

16  F.Supp.2d 1095 (N.D. Cal. 2008) (an earlier motion); *Oberfelder v. City of Petaluma,*

17  2002 U.S.Dist. LEXIS 8635 (N.D. Cal. 2002)(an individual police misconduct action),

18  *aff'd* 2003 U.S.App.LEXIS 11371 (9th Cir. 2003); *Bancroft v. Trizechahn Corp.,* C.D. Cal.

19  No. CV 02-2373 SVW (FMOx), Order Granting Reasonable Attorneys' Fees etc., filed

20  Aug. 14, 2006; *Willoughby v. DT Credit Corp.,* C.D. Cal. No. CV 05-05907 MMM (Cwx),

21  Order Awarding Reasonable Attorneys' Fees After Remand, filed July 17, 2006; *A.D. v.*

22  *California Highway Patrol,*  2009 U.S.Dist.LEXIS 110743 (N.D.Cal. 2009)(police

23  misconduct action), appeal pending; *National Federation of the Blind v. Target Corp.,*

24  2009 U.S.Dist.LEXIS 67139 (N.D.Cal. 2009); *Church of Scientology v. Wollersheim,* 42

25  Cal.App.4th 628 (1996)(anti-SLAPP case); *Children's Hospital & Medical Center v.*

26  *Bonta,* 97 Cal.App.4th 740 (2002)(challenge to government decision); *Wilkinson v. South*

27  *City Ford,* 2010 Cal.App.Unpub. LEXIS 8680 (2010).

28

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

7.     Through my writing and practice, I have become familiar with the non-contingent market rates charged by attorneys in California and elsewhere.   This familiarity has been obtained in several ways:   (1) by handling attorneys' fee litigation; (2) by discussing fees with other attorneys;  (3) by obtaining declarations regarding prevailing market rates in cases in which I represent attorneys seeking fees; and (4) by reviewing attorneys' fee applications and awards in other cases, as well as surveys and articles on attorney's fees in the legal newspapers and treatises.

8.     In this case, I have consulted with plaintiff's counsel regarding this fee application.   I have become familiar with the nature of this case, its results, and counsel's work.  Based on my own experience and knowledge of the San Francisco Bay Area legal community as set forth herein, I am of the opinion that the hourly rate of $ 700 per hour sought for Angela Alioto is reasonable given the fact this verdict is the fifth verdict in her career of over one million dollars – including one for over one hundred million dollars- and that she was admitted to the State Bar in 1987.  I believe that the hourly rate of $ 600 sought for Steven Robinson is reasonable given that Mr. Robinson participated as counsel in each of the million dollar verdicts obtained by Ms. Alioto, has been practicing law for 28 years and has been practicing employment law for twenty years. I believe that the hourly rate of $ 400 for Angela Mia Veronese is reasonable given that in her first two years of practice she was co-trial counsel for plaintiffs in two cases returning damage awards of over $ 400,000, including over $ 1 million dollars in the present matter.  Based on my knowledge of the hourly rates requested by plaintiff's attorneys and their respective backgrounds and experience, and the information regarding hourly rates that I have gathered, some of which is summarized below, I am of the opinion that the hourly rates requested by Plaintiffs' attorneys are well in line with the non-contingent market rates charged for reasonably similar services by San Francisco area attorneys of reasonably similar qualifications and experience.   The following data support my opinion:

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

A.    **Rates found reasonable in other cases.**

9.    The following hourly rates have been found reasonable by various courts for reasonably comparable services:

### 2012 Rates

(1)    *Williams v. H&R Block Enterprises, Inc.* Alameda County Superior Ct. No. RG08366506, Order of Final Approval and Judgment filed November 8, 2012, a wage and hour class action, in which the court found the following hourly rates reasonable:

| Year of Bar Admission | Rate |
| --- | --- |
| 1970 | $785 |
| 1976 | 775 |
| 1981 | 750 |
| 1993 | 650-700 |
| 1994-1997 | 500-650 |
| 2004 | 500 |
| 2005 | 470 |
| 2006 | 445-475 |
| 2007 | 450 |
| 2008 | 400 |
| 2009 | 350 |

(2)    *American Civil Liberties Union v. Drug Enforcement Administration,* N.D. Cal. No. C-11-01977 RS, Order Granting Motion for Attorneys' Fees and Litigation Costs Pursuant to 5 U.S.C. §552, filed November 8, 2012, a Freedom of Information Act case, in which the court found the following hourly rates reasonable:

| Years of Bar Admission | Rate |
| --- | --- |
| 1970 | $700 |

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

| | |
|---|---|
| 1996 | 595 |
| 1999 | 575 |
| Law Clerks | 150 |

(3)   Luquetta v. The Regents of the Univ. of California, San Francisco Superior Ct. No.CGC-05-443007, Order Granting Plaintiffs' Motion for Common Fund Attorneys' Fees and Expenses, filed October 31, 2012, a class action to recover tuition overcharges, in which the court found the following hourly rates reasonable:

| Years of Bar Admission | Rate |
|---|---|
| 1977 | $850 |
| 1986 | 785 |
| 1991 | 750 |
| 1994 | 700 |
| 1998 | 625 |
| 2000 | 570 |
| 2001 | 550 |
| 2002 | 520 |
| Law Clerks | 250 |
| Paralegals | 215 |

(4)   Vasquez v. State of California, San Diego Superior Ct. No. GIC 740832, Order re Attorney Fees, filed October 31, 2012, a fee award for appellate work defending a prior fee award, in which the court found the following hourly rates reasonable:

| Years of Bar Admission | Rate |
|---|---|
| 1977 | $850 |
| 1995 | 550-575 |
| 2008 | 375 |

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

| | |
|---|---|
| 2009 | 325 |
| Law Clerk | 150 |
| Paralegal | 115 |
| Litigation Assistant | 115 |

(5) *Davis v. Prison Health Services* (N.D. Cal. 2012) 2012 U.S.Dist.LEXIS 138556, an individual Fair Employment and Housing Act case, in which the court found the following hourly rates reasonable:

| Years of Experience | Hourly Rate |
|---|---|
| 33 | $750 |
| 29 | $675 |
| 4 | $300 |
| 6 | $265 |

(6)   *Charlebois v. Angels Baseball LP* (C.D. Cal. 2012) 2012 U.S.Dist.LEXIS 91069, filed May 30, 2012, a disability access class action, in which the court found the following hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 27 | $600-695 |
| 22 | 630 |
| 7 | 460 |
| 6 | 450 |
| 3 | 375 |
| 2 | 325 |
| Paralegals | 150 |

### 2011 Rates

(1)   *Holloway et. al. v. Best Buy Co., Inc.* (N.D. Cal. 2011)  No. 05-5056 PJH (Order dated November 9, 2011), a class action alleging that Best Buy discriminated against female, African American and Latino employees by denying them promotions

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

1   and lucrative sales positions, in which the court approved a lodestar award based on

2   the following rates:

| Years of Experience | Rate |
|---|---|
| 37 | $825 |
| Associates | |
| 8 | $490 |
| 6 | $405 |
| Law Clerks | $225 |
| Paralegals | $215 |

11   (2)   *The Grubb Co. v. Dept. of Real Estate*, Alameda County Superior Court

12   No.

13   RG08364823, Order Motion for Attorney Fees Granted, filed March 7, 2012, an

14   individual Writ of Mandate challenging a license suspension, in which the court found

15   the following hourly rates reasonable (before applying 1.2 and 1.5 multipliers):

| Years of Experience | Rate |
|---|---|
| 42 | $625-675 |

18   (3)   *Molina, et al. v. Lexmark International, et al.*, Los Angeles County Superior

19   Court No. BC339177, Order Granting Petitioners' Motion for Attorneys' Fees and Costs

20   in the Amount of $5,722,008.07, filed October 28, 2011, a class action to recover

21   forfeited vacation pay, in which the court found the following hourly rates reasonable

22   (before applying a 2.0 multiplier):

| Years of Experience | Rate |
|---|---|
| 42 | $675 |
| 25 | 550 |
| 24 | 655-675 |
| 23 | 625 |
| 20 | 550 |

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

| | |
|---|---|
| 17 | 600 |
| 9 | 475 |
| 6 | 350 |
| Paralegals | 210 |

## 2010 Rates

(1)   *Armstrong v. Brown* (N.D. Cal. 2011) 2011 U.S.Dist.LEXIS 87428, an action involving fees for monitoring a consent decree, in which the court found the following 2010 hourly rates reasonable for monitoring and enforcement work:

| Years of Experience | Rate |
|---|---|
| Partners | |
| 49 | $800 |
| 31 | 700 |
| 27 | 575 |
| 14 | 560 |
| Associates | |
| 18 | 510 |
| 14 | 490 |
| 10 | 430 |
| 9 | 415 |
| 8 | 390 |
| 6 | 360 |
| 4 | 325 |
| 2 | 285 |
| Paralegals | 200-240 |
| Litigation support/ | |
| Paralegal clerks | 150-185 |

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

The same rates also were subsequently found reasonable in another consent decree monitoring case, *Valdivia v. Brown* (E.D. Cal. 2011) 2011 U.S.Dist.LEXIS 103935.

(2)     *Stonebrae v. Toll Bros.* (N.D. Cal. 2011) 2011 U.S.Dist.LEXIS 39832, a commercial action, in which the court found the following 2010 hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 46 | $800 |
| 35 | 675 |
| 30 | 630 |
| 18 | 515 |
| 13 | 520 |
| 9 | 550 |
| 2 | 330 |
| Paralegals | 225-275 |

(3)     *Wren v. RGIS Inventory Specialists* (N.D.Cal. 2011) 2011 U.S.Dist.LEXIS 38667, a class action in which the court found the following 2010 hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 40 | $725 |
| 29 | 675 |
| 17 | 650 |
| 15 | 500 |
| 14 | 625 |
| 12 | 465 |
| 11 | 440 |
| 8 | 375 |
| 5 | 365-450 |
| 4 | 400 |

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

|        | 3                      | 350-375 |
|--------|------------------------|---------|
|        | Paralegals/            |         |
|        | Legal Assistants       | 100-200 |

(4)     *Californians for Disability Rights, Inc., et al. v. California Department of Transportation, et al.* (N.D.Cal. 2010) 2010 U.S.Dist.LEXIS 141030, adopted by Order Accepting Report and Recommendation filed February 2, 2011, a class action in which the court found the following 2010 hourly rates reasonable:

| Years of Experience | Rate    |
|---------------------|---------|
| 49                  | $835    |
| 34                  | 730     |
| 26                  | 740     |
| 25                  | 730     |
| 19                  | 660     |
| 23                  | 640     |
| 10                  | 570     |
| 9                   | 560     |
| 7                   | 535     |
| 6                   | 500     |
| 5                   | 475     |
| 3                   | 350     |
| 2                   | 290     |
| 1                   | 225-265 |
| Senior Paralegals   | 265     |
| Law Clerks          | 175     |
| Case Clerks         | 165     |

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

(5)    *Credit/Debit Card Tying Cases,* San Francisco County Superior Court, JCCP No. 4335, Order Granting Plaintiffs' Motion for Attorneys' Fees, Expenses, and Incentive Awards, filed August 23, 2010, an antitrust class action, in which the court found the following 2010 hourly rates reasonable (before applying a 2.0 lodestar multiplier):

| Years of Experience | Rate |
| --- | --- |
| 43 | $975 |
| 46 | 950 |
| 38 | 850 |
| 32 | 850 |
| 35 | 825 |
| 26 | 740 |
| 13 | 610 |
| 9 | 600 |
| 9 | 590 |
| 9 | 535 |
| 12 | 535 |
| 5 | 485 |
| 4 | 460 |
| 3 | 435 |
| 10 | 420 |
| 7 | 420 |
| 2 | 420 |
| 1 | 395 |
| Paralegals | 220-260 |

(6)    *Savaglio, et al. v. WalMart,* Alameda County Superior Court No. C-835687-7, Order Granting Class Counsel's Motion for Attorneys' Fees, filed September

10, 2010, a wage and hour class action, in which the court found the following hourly rates reasonable (before applying a 2.36 multiplier):

| Years of Experience | Rate |
|---|---|
| 51 | $875 |
| 39 | 750 |
| 38 | 600 |
| 33 | 775 |
| 25 | 550 |
| 23 | 650 |
| 21 | 625 |
| 19 | 610 |
| 18 | 600 |
| 17 | 585 |
| 16 | 570 |
| 15 | 560 |
| 14 | 550 |
| 13 | 525 |
| 12 | 515 |
| 11 | 510 |
| 10 | 505 |
| 9 | 500 |
| 7 | 460 |
| 4 | 435 |
| Law Clerks | 125-260 |

(7)   *McCoy v. Walczak*, San Francisco Superior Court No. CGC-09-493150, Order Granting Defendant Kenneth Walczak's Renewed Motion for Reasonable Attorneys' Fees and Costs Following Successful Motion to Strike Petitioners' Complaint

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

Pursuant to Code of Civil Procedure § 425.16, filed August 24, 2010, *aff'd* (2011) 2011 Cal.App.Unpub.LEXIS 7999, an anti-SLAPP case, in which the court found the following hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 48 | $760 |
| 26 | 520 |
| 5 | 330 |

(8)   *Anderson v. Nextel Retail Stores, LLC*, (C.D.Cal. 2010) U.S.Dist. LEXIS 71598, a wage and hour class action, in which the court found the following hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 35 | $600 |
| 14 | 655 |
| 8 | 515 |
| 8 | 475 |
| 6 | 485 |
| 6 | 350 |
| 7 | 475 |
| 3 | 350 |
| 2 | 300-350 |
| 5 | 375 |
| Other Partners | 675-750 |
| Other Associates | 450-495 |
| Paralegals | 225-250 |

**B.   Rate Information from Surveys**

10.   I also base my opinion on several surveys of legal rates.  For example, on August 12, 2012, the San Francisco Daily Journal published an article summarizing the

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

findings in the Valeo 2012 Halftime Report, a survey of legal billing rates conducted by Valeo Partners LLC. A true and correct copy of that article is attached hereto as **Exhibit 2**. That survey showed the average partner and associate rates in Los Angeles ($797 and $550 respectively), San Diego ($568 and $394), and San Francisco ($750 and $495). Likewise, on April 16, 2012, the Am Law Daily published an article describing the 2012 Real Rate Report, an analysis of $7.6 billion in legal bills paid by corporations over a five-year period ending in December 2011. A true and correct copy of that article is attached hereto as **Exhibit 3**. That article confirms that the rates charged by experienced and well-qualified attorneys have continued to rise over this five-year period, particularly in large urban areas like San Francisco.

11.   Similarly, on February 25, 2011, the Wall Street Journal published an on-line article entitled "Top Billers." A true and correct copy of that article is attached hereto as **Exhibit 4**. That article listed the 2010 and/or 2009 hourly rates for more than 125 attorneys, in a variety of practice areas and cases, who charged $1,000 per hour or more.

12.   Attached hereto as **Exhibit 5** is the ALM's Daily Report, dated February 22, 2011, listing the 2006-2009 hourly rates of numerous San Francisco attorneys. Class Counsel's rates are well within the range of rates shown in this survey.

13.   In addition, the Westlaw CourtExpress Legal Billing Reports for May, August, and December 2009 (attached hereto as **Exhibit 6**) shows that attorneys with as little as 19 years' experience are charging $800 per hour or more, and that the rates requested here are well within the range of those reported. The National Law Journal's December 2010, nationwide sampling of law firm billing rates also lists 32 firms whose highest rate is $800 per hour or more, eleven firms whose highest rate is $900 per hour or more, and three firms whose highest rate is $1,000 per hour or more.

14.   Lastly, rates filed in July 2012 by counsel in *Apple Inc. v. Samsung Electronics Co. Ltd.*, N.D. Cal. No. 11-cv—01846-LKK (PSG), support the rates

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

requested here. In that case, Quinn Emanuel Urquhart & Sullivan LLP, counsel for defendant Samsung, charged median partner rates of $821 per hour and median associate rates of $448 per hour.

**C. Rates Charged by Other Law Firms**

15. The standard hourly rates for litigation stated in court filings, depositions, surveys, or other sources by numerous California law firms or law firms with offices or practices in California also support counsel's rates. These include, in alphabetical order:

Adams Broadwell Joseph Cardoza

2010 Rates:

| Years Experience | Rate |
|---|---|
| 29 | $700 |
| 20 | 650 |
| 15 | 550 |
| 11 | 495 |
| 6 | 375 |
| 3 | 300 |
| Paralegals | 145 |

Altshuler Berzon LLP

2012 Rates:

| Years Experience | Rate |
|---|---|
| 34 | $850 |
| 26 | 785 |
| 21 | 750 |

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

| | |
|---|---|
| 18 | 700 |
| 14 | 625 |
| 12 | 570 |
| 11 | 550 |
| 10 | 520 |
| 6 | 410 |
| 5 | 385 |
| 4 | 335 |
| Law Clerks | 250 |
| Paralegals | 215 |

## 2011 Rates:

| Years Experience | Rate |
|---|---|
| 43 | $825 |
| 17 | 675 |
| 12 | 575 |
| 10 | 520 |
| Law Clerks | 225 |
| Paralegals | 215 |

## Bernstein Litowitz Borger & Grossman LLP (San Diego Office)

## 2009 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $725 |
| Associates | 490-550 |

## Bingham McCutchen

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

### 2011 Rates:

| Years Experience | Rate |
|---|---|
| 30 | $780 |

### 2010 Rates:

| Years Experience | Rate |
|---|---|
| 13 | $655 |
| 4 | 480 |
| 2 | 400 |

### Bird, Marella,  Boxer, Wolpert, Nessim, Drooks & Lincenberg Law Firm

### 2011 Rates:

| Years of Experience | Rate |
|---|---|
| 25 | $550 |
| 24 | 625 |
| 17 | 600 |
| 9 | 475 |
| 6 | 350 |
| Paralegals | 210 |

### Blood Hurst & O'Reardon

### 2012 Rates

| Years of Experience | Rate |
|---|---|
| 22 | $655 |
| 17 | 585 |

|  |  |
|---|---|
| 6 | 510 |
| 5 | 410 |
| 1 | 305 |
| Paralegals | 260 |

## Chavez & Gertler

### 2011 Rates:

| Years of Experience | Rate |
|---|---|
| 32 | $725 |
| 28 | 700 |
| 10 | 550 |
| 9 | 510 |
| 5 | 425 |
| Paralegals | 225 |

## Cooper & Kirkham

### 2012 Rates:

| Years Experience | Rate |
|---|---|
| 48 | $950 |
| 37 | 825 |
| 11 | 600 |

## Duane Morris LLP

### 2009 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $325-795 |

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

| Associates | 225-450 |

### Epstein Becker & Green LLP

#### 2009 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $350-855 |
| Associates | 180-475 |

### Everett De Lano

#### 2010 Rates:

| Years Experience | Rate |
|---|---|
| 18 | $650 |

### Farella Braun & Martel LLP

#### 2010 Rates:

| Years Experience | Rate |
|---|---|
| 31 | $715 |

### Richard Frank

#### 2010 Rates:

| Years Experience | Rate |
|---|---|
| 36 | $700 |

### Furth Firm LLP

#### 2010 Rates:

| Years of Experience | Rate |
|---|---|
| 51 | $875 |
| 39 | 750 |

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

|   |   |
|---|---|
| 38 | 600 |
| 33 | 775 |
| 25 | 550 |
| 23 | 650 |
| 21 | 625 |
| 19 | 610 |
| 18 | 600 |
| 17 | 585 |
| 16 | 570 |
| 15 | 560 |
| 14 | 550 |
| 13 | 525 |
| 12 | 515 |
| 11 | 510 |
| 10 | 505 |
| 9 | 500 |
| 7 | 460 |
| 4 | 435 |
| Law Clerks | 125-260 |

## Gibson, Dunn & Crutcher LLP

### 2009 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 26 | $905 |
| 32 | 840 |

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

| | |
|---|---|
| 21 | 785 |
| Associates | |
| 5 | 525 |
| 4 | 495 |
| 3 | 470 |
| 2 | 400 |
| 1 | 345 |
| Paralegals | 165-300 |

## Goldstein, Demchak, Baller, Borgen & Dardarian

### 2012 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 42 | $785 |
| 36 | 750 |
| 31 | 700 |
| 18 | 650 |
| Associates | |
| 7 | 470 |
| 6 | 445 |

### 2011 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 41 | $725 |

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

| 35 | 725 |
| 30 | 700 |
| 24 | 650 |
| 18 | 600 |
| 17 | 600 |
| 16 | 550 |

## 2010 Rates:

| Years Experience | Rate |
| --- | --- |
| Partners | |
| 40 | $700 |
| 34 | 700 |
| 29 | 675 |
| 23 | 625 |
| 17 | 575 |
| 16 | 575 |
| Of Counsel | |
| 40 | 725 |
| Associates | |
| 15 | $500 |
| 11 | 440 |
| 6 | 375 |
| 5 | 365 |
| 4 | 355 |
| 3 | 340 |
| 2 | 325 |
| 1 | 305 |

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

| | |
|---|---|
| Law Clerks | 195 |
| Paralegals | 150-225 |

### Greenberg, Taurig, LLP

#### 2010 Rates:

| Years Experience | Rate |
|---|---|
| 22 | $850 |

### Greines, Martin, Stein & Richland

#### 2010 Rates:

| Years Experience | Rate |
|---|---|
| 39 | $850 |
| 27 | 850 |
| 17 | 650 |
| 15 (associate) | 500 |
| 8 | 450 |
| 6 | 450 |
| Law Clerks | 100 |

### Hadsell, Stormer, Keeny, Richardson & Renick

#### 2012 Rates:

| Years Experience | Rate |
|---|---|
| 38 | $825 |
| 33 | 775 |
| 22-23 | 625 |

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

| Years Experience | Rate |
|---|---|
| 17 | 600 |
| 12 | 525 |
| 10 | 425 |
| 4 | 275 |
| 3 | 250 |

### 2010 Rates:

| Years Experience | Rate |
|---|---|
| 36 | $800 |
| 31 | 750 |
| 20-21 | 600 |
| 15 | 575 |
| 10 | 475-500 |
| 8 | 425 |
| 4 | 325 |
| 2 | 275 |
| 1 | 250 |

### Howard, Rice, Nemerovski, Canady, Falk & Rabkin

### 2010 Rates:

| Years Experience | Rate |
|---|---|
| 45 | $840 |
| 34 | 725 |
| 25 | 695 |
| 9 | 525 |

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

| | |
|---|---|
| Paralegal | 250 |

### K& L Gates LLP

### 2010 Rates:

| Years Experience | Rate |
|---|---|
| 25 | $640 |

### Keker & Van Nest, LLP

### 2010 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 32 | $775 |
| Other Partners | 525-975 |
| Associates | 340-500 |
| Paralegals/ | |
| Support Staff | 120-260 |

### Kingsley & Kingsley

### 2010 Rates:

| Years Experience | Rate |
|---|---|
| 14 | $655 |
| 8 | 475-515 |
| 7 | 475 |
| 6 | 485 |

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

| | |
|---|---|
| 5 | 375 |
| 3 | 350 |
| 2 | 300 |

### Klee, Tuchin, Bogdanoff & Stern LLP

#### 2009 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 35 | $925 |
| 25 | 850 |
| 18 | 675 |
| 14 | 650 |
| 11 | 575 |
| Of Counsel | |
| 11 | 575 |
| Associates | |
| 7 | 495 |
| 5 | 430 |
| 2 | 300 |
| Paralegals | 215 |

### Knapp, Petersen & Clarke

#### 2012 Rates:

| Years Experience | Rate |
|---|---|

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

|  |  |
|---|---|
| 36 | $753 |
| 9 | 554 |
| 6 | 383 |

### Knobbe Martin Olson & Bear LLP

#### 2010 Rates:

| Years Experience | | Rate |
|---|---|---|
| Partners | | $395-710 |
| Associates | | 285-450 |

### Lawson Law Offices

#### 2011 Rates:

| Years Experience | Rate |
|---|---|
| 23 | 625 |
| 20 | 550 |

### Lewis Feinberg Lee, Renaker & Jackson, P.C.

#### 2012 Rates:

| Years Experience | Rate |
|---|---|
| 38 | $825 |
| 29 | 750 |
| 24 | 725 |
| 21 | 700 |
| 8 | 450 |

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

|  |  |  |
|---|---|---|
| 7 | 425 | |
| 3 | 375 | |
| Senior Paralegals | | 250 |
| Law Clerks | 225 | |

**Litt, Estuar, & Kitson, LLP**

**2011 Rates:**

| Years Experience | Rate | |
|---|---|---|
| 42 | $850 | |
| 18 | 625 | |
| 17 | 625 | |
| 5 | 425 | |
| 3 | 375 | |
| Paralegals | | 125-235 |
| Law Clerks | 225 | |

**2009 Rates:**

| Years Experience | Rate | |
|---|---|---|
| 39 | $800 | |
| 16 | 550 | |
| 3 | 320 | |
| 2 | 285 | |
| Paralegals | | 125-235 |
| Law Clerks | 225 | |

**Loeb & Loeb**

**2009 Rates:**

| Years Experience | Rate |
|---|---|
| Partners | $475-950 |
| Associates | 285-450 |

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

2008 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $450-925 |
| Associates | 260-500 |

Lozeau/Drury LLP

2010 Rates:

| Years Experience | Rate |
|---|---|
| 21 | $650 |
| 3 | 350 |

Luce, Forward, Hamilton & Scripps

2010 RATES:

| Years Experience | Rate |
|---|---|
| Partners | $350-670 |
| Associates | $245-445 |

2009 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $360-650 |
| Associates | $240-540 |

Manatt, Phelps & Philips

2010 RATES:

| Years Experience | Rate |
|---|---|
| Partners | $525-850 |

| Associates | $200-525 |
|---|---|

### 2009 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $495-850 |
| Associates | 250-505 |

### 2008 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $495-850 |
| Associates | 290-505 |

### Minami Tamaki LLP

### 2012 Rates:

| Years Experience | Rate |
|---|---|
| 36 | $750 |
| 15 | 525 |
| 5 | 395 |
| Paralegal | 175 |

### Morrison Foerster, LLP

### 2011 Rates:

| Years Experience | Rate |
|---|---|
| 22 | $775 |
| 11 | 625 |
| 10 | 620 |
| 1 | 335 |

### 2009 Rates:

| Years Experience | Rate |
|---|---|
| 24 | $750 |

### 2008 Rates:

| Years Experience | Rate |
|---|---|
| 45 | $675 |
| 36 | 725 |
| 33 | 785 |
| 14 | 650 |
| 12 | 600 |
| 9 | 560 |
| 7 | 535 |
| 5 | 485 |
| 1 | 520 |
| Paralegals | 185-230 |

### 2007 Rates:

| Years Experience | Rate |
|---|---|
| 44 | $675 |
| 11 | 550 |
| 8 | 520 |
| 6 | 475 |
| 3 | 250 |

### O'Melveny & Myers

### 2012 Rates:

| Years Experience | Rate |
|---|---|
| 12 | $695 |
| 4 | 495 |

### 2009 Rates:

| Years Experience | Rate |
|---|---|
| 36-37 | $860-950 |

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

| Years Experience | Rate |
|---|---|
| 21 | 820 |
| 16-18 | 700-710 |
| 14 | 595-675 |
| 10 | 590 |
| 8 | 565 |
| 7 | 540-565 |
| 5-6 | 480-520 |
| 2-4 | 395-450 |
| Paralegals | 225-310 |

Patton Boggs

2010 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 14 | $830 |
| 29 | 750 |
| 20 | 750 |
| 33 | 700 |
| 27 | 700 |
| 13 | 575 |
| 24 | 550 |
| 14 | 530 |
| Of Counsel | |
| 30 | 600 |
| 15 | 500 |
| Associates | |
| 5 | 475 |
| 9 | 450 |
| 7 | 425 |

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

| | |
|---|---|
| 3 | 340 |
| 2 | 315 |
| Senior Paralegals | 200-265 |
| Paralegals | 170 |

### Pillsbury Winthrop Shaw Puttman LLP

### 2010 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 30 | $705-775 |
| Other Partners | 595-965 |
| Associates | 320-650 |
| Paralegals/ | |
| Support Staff | 85-380 |

### Rosen, Bien & Galvan, LLP

### 2012 Rates:

| Years of Experience | Rate |
|---|---|
| Partners | |
| 50 | $860 |
| 32 | 760 |
| 28 | 640 |
| 15 | 610 |
| Of Counsel | |
| 29 | 570 |
| Associates | |
| 19 | 540 |
| 10 | 470 |
| 9 | 460 |

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

| | |
|---|---|
| 7 | 400 |
| 6 | 400 |
| 5 | 380 |
| 4 | 360 |
| 3 | 340 |
| Paralegals | 215-280 |
| Litigation support/ | |
| Paralegal clerks | 150 |
| Law clerks/Students | 240 |
| Word Processing | 80 |

2011 Rates:

| Years of Experience | Rate |
|---|---|
| Partners | |
| 49 | $840 |
| 31 | 740 |
| 27 | 625 |
| 14 | 590 |
| Of Counsel | |
| 28 | 540 |
| Associates | |
| 18 | 525 |
| 11 | 465 |
| 10 | 450 |
| 9 | 440 |
| 8 | 420 |
| 6 | 385 |

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

| | |
|---|---|
| 5 | 365 |
| 4 | 350 |
| 3 | 325 |
| 2 | 315 |
| Paralegals | 205-275 |
| Litigation support/ | |
| Paralegal clerks | 140-220 |
| Law clerks/Students | 225 |
| Word Processing | 75 |

### 2010 Rates:

| Years of Experience | Rate |
|---|---|
| Partners | |
| 48 | $800 |
| 30 | 700 |
| 26 | 575 |
| 13 | 560 |
| Of Counsel | |
| 27 | 520 |
| Associates | |
| 17 | 510 |
| 13 | 490 |
| 9 | 430 |
| 8 | 415 |
| 7 | 390 |
| 5 | 360 |
| 3 | 325 |
| 1 | 285 |

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

| | |
|---|---|
| Paralegals | 200-275 |
| Litigation support/ | |
| Paralegal clerks | 135-220 |
| Law clerks/Students | 190 |
| Word Processing | 70 |

### 2009 Rates:

| Years of Experience | Rate |
|---|---|
| Partners | |
| 47 | $760 |
| 29 | 674 |
| 25 | 520 |
| 12 | 500 |
| Of Counsel | |
| 26 | 490 |
| Associates | |
| 16 | 475 |
| 12 | 475 |
| 9 | 425 |
| 8 | 400 |
| 7 | 385 |
| 6 | 360 |
| 4 | 330 |
| 2 | 295 |
| Paralegals | 180-250 |
| Litigation support/ | |
| Paralegal clerks | 125-200 |
| Law clerks/Students | 190 |

Word Processing                            60

### Rudy, Exelrod, Zieff & Lowe LLP

#### 2010 Rates:

| Years of Experience | Rate |
|---|---|
| Partners | |
| 42 | $725 |
| 32 | 725 |
| 15 | 625 |
| Associates | |
| 21 | 495 |
| 13 | 485 |
| 8 | 450 |

### Schneider Wallace Cottrell Brayton Konecky LLP

#### 2012 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 20 | $650-700 |
| 18 | 675 |
| 16 | 675 |
| Associates | |
| 9 | 500 |
| 8 | 500 |
| 6 | 450-475 |
| 4 | 400 |
| 3 | 350 |
| Paralegals and Law Clerks | 150-250 |

#### 2011 Rates:

| Years Experience | Rate |
|---|---|

Partners

| | | |
|---|---|---|
| 22 | | $675 |
| 19 | | 650-675 |
| 17 | | 650 |
| 15 | | 650 |

Associates

| | | |
|---|---|---|
| 15 | | 500 |
| 12-13 | | 575 |
| 9 | | 525 |
| 9 | | 500 |
| 7 | | 475 |
| 6 | | 450 |
| 5 | | 425 |
| 4 | | 400 |

Schonbrun, DeSimone, Seplow, Harris & Hoffman

2012 Rates:

| Years Experience | Rate |
|---|---|
| 27 | $695 |
| 22 | 630 |

2009 Rates:

| Years Experience | Rate |
|---|---|
| 33 | $750 |
| 25 | 625 |
| 24 | 625 |
| 8 | 375 |
| 6 | 370 |
| | |
| Paralegals | 125 |

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

### Sheppard, Mullin, Richter & Hampton

### 2010 Rates:

| Years Experience | Rate |
|---|---|
| Partners | $495-820 |
| Associates | $270-620 |

### 2009 Rates:

| Years of Experience | Rate |
|---|---|
| Partners | $495-715 |
| Associates | 285-525 |

### 2008 Rates:

| Years of Experience | Rate |
|---|---|
| Partners | $475-795 |
| Associates | 275-455 |

### Sidley Austin

### 2010 Rates:

| Years of Experience | Rate |
|---|---|
| Partners | |
| 33 | $900 |
| Sr. Partners | 1100 |
| Legal Assistants | 120-280 |

### Spiro Moore LLP

### 2012 Rates:

| Years of Experience | Rate |
|---|---|

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

| | |
|---|---|
| 30+ | $700 |
| 17 | 600 |

### Law Office of James Sturdevant

#### 2011 Rate:

| Years of Experience | Rate |
|---|---|
| 39 | $700 |

### Law Office of Sheila Thomas

#### 2011 Rates:

| Years of Experience | Rate |
|---|---|
| 24 | $675 |

### Townsend and Townsend and Crew

#### 2010 Rates:

| Years of Experience | Rate |
|---|---|
| Partners | $470-750 |
| Associates | 260-460 |

#### 2009 Rates:

| Years of Experience | Rate |
|---|---|
| Partners | $480-750 |
| Associates | 260-460 |

### Wilson Sonsini Goodrich & Rosati PC

#### 2010 Rates:

| Years of Experience | Rate |
|---|---|
| 28 | $875 |
| Other Partners | 650-975 |
| Associates | 290-610 |

Paralegals/Litigation

Support Staff        120-300

### Winston & Strawn

#### 2009 Rates:

| Years of Experience | Rate |
| --- | --- |
| Partners | $400-995 |
| Associates | 210-670 |

### Zelle Hofmann Voelbel & Mason, LLP

#### 2012 Rates:

| Years Experience | Rate |
| --- | --- |
| Partners | Up to $950 |
| Associates | Up to $540 |
| Paralegals | Up to $290 |
| Law Clerks | Up to $250 |

#### 2010 Rates:

| Years Experience | Rate |
| --- | --- |
| Partners | |
| 38 | $800 |
| 26 | $685 |
| 23 | 650 |
| 22 | 640 |
| Associates | |
| 9 | 500 |
| 4 | 435 |
| 3 | 415 |

|   |   |   |
|---|---|---|
| 1 | 2 | 405 |
| 2 | 1 | 395 |
| 3 | Paralegals | 210-290 |

16.    The hourly rates set forth above are those charged where full payment is expected promptly upon the rendition of the billing and without consideration of factors other than hours and rates. If any substantial part of the payment were to be contingent or deferred for any substantial period of time, for example, the fee arrangement would be adjusted accordingly to compensate the attorneys for those factors.

17.    In my experience, fee awards are almost always determined based on current rates, *i.e.,* the attorney's rate at the time a motion for fees is made, rather than the historical rate at the time the work was performed. This is a common and accepted practice to compensate attorneys for the delay in being paid.

18.    Attorneys who litigate on a wholly or partially contingent basis expect to receive significantly higher effective hourly rates in cases where compensation is contingent on success, particularly in hard-fought cases where the result is uncertain. As the case law recognizes, this does not result in any "windfall" or undue "bonus." In the legal marketplace, a lawyer who assumes a significant financial risk on behalf of a client rightfully expects that his or her compensation will be significantly greater than if no risk was involved (i.e., if the client paid the bill on a monthly basis), and that the greater the risk, the greater the "enhancement." Adjusting court-awarded fees upward in contingent fee cases to reflect the risk of recovering no compensation whatsoever for hundreds of hours of labor simply makes those fee awards consistent with the legal marketplace, and in so doing, helps to ensure that meritorious cases will be brought to enforce important public interest policies and that clients who have meritorious claims will be better able to obtain qualified counsel. In my opinion, based on what I know of the legal marketplace, a contingent case with at least a 50% chance of not prevailing

Declaration of Richard M. Pearl in Support of Plaintiff's Attorney Fees Motion

1   should recover a fee that is at least twice the lodestar as compensation for the

2   attorney's risk and loan of services.

3       19.     The expense and risk of public interest litigation has not diminished over

4   the years; to the contrary, these cases are in many ways more difficult than ever. As a

5   result, fewer and fewer attorneys and firms are willing to take on such litigation, and the

6   few who are willing to do so can only continue if their fee awards reflect true market

7   value.

8       If called as a witness, I could and would competently testify from my personal

9   knowledge to the facts stated herein.  I declare under penalty of perjury under the laws

10  of the United States that the foregoing is true and correct. Executed this 14th day of

11  March 2013, in Berkeley, California.

12

13

14                          RICHARD M. PEARL

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Richard M. Pearl In Support of Plaintiff's Attorney Fees Motion

45

# EXHIBIT A

# RESUME OF RICHARD M. PEARL

RICHARD M. PEARL
**LAW OFFICES OF RICHARD M. PEARL**
1816 Fifth Street
Berkeley, CA 94710
(510) 649-0810
(510) 548-5074 (facsimile)
rpearl@interx.net (e-mail)

## EDUCATION

University of California, Berkeley, B.A., Economics (June 1966)
Boalt Hall School of Law, Berkeley, J.D. (June 1969)

## BAR MEMBERSHIP

Member, State Bar of California (admitted January 1970)
Member, State Bar of Georgia (admitted June 1970) (inactive)
Admitted to practice before all California State Courts; the United States Supreme Court; the
United States Court of Appeals for the District of Columbia and Ninth Circuits; the United States
District Courts for the Northern, Central, Eastern, and Southern Districts of California, for the
District of Arizona, and for the Northern District of Georgia; and the Georgia Civil and Superior
Courts and Court of Appeals.

## EMPLOYMENT

LAW OFFICES OF RICHARD M. PEARL (April 1987 to Present): Civil litigation practice
("AV" rating), with emphasis on court-awarded attorney's fees, class actions, and appellate
practice. Selected Northern California "Super Lawyer" in Appellate Law for 2005, 2006, 2007,
2008, 2010, 2011, and 2012.

QUALIFIED APPELLATE MEDIATOR, APPELLATE MEDIATION PROGRAM, Court of
Appeal, First Appellate District (October 2000 to Present).

ADJUNCT PROFESSOR, HASTINGS COLLEGE OF THE LAW (January 1988 to Present):
Teach "Public Interest Law Practice," a 2-unit course that focuses on the history, strategies, and
issues involved in the practice of public interest law.

PEARL, McNEILL & GILLESPIE, Partner (May 1982 to March 1987): General civil litigation
practice, as described above.

**RICHARD M. PEARL**
Page 2

CALIFORNIA RURAL LEGAL ASSISTANCE, INC. (July 1971 to September 1983) (part-time May 1982 to September 1983):

> Director of Litigation (July 1977 to July 1982)
> Responsibilities: Oversaw and supervised litigation of more than 50 attorneys in CRLA's 15 field offices; administered and supervised staff of 4-6 Regional Counsel; promulgated litigation policies and procedures for program; participated in complex civil litigation.

> Regional Counsel (July 1982 to September 1983 part-time) Responsibilities: Served as co-counsel to CRLA field attorneys on complex projects; provided technical assistance and training to CRLA field offices; oversaw CRLA attorney's fee cases; served as counsel on major litigation.

> Directing Attorney, Cooperative Legal Services Center (February 1974 to July 1977) (Staff Attorney February 1974 to October 1975)
> Responsibilities: Served as co-counsel on major litigation with legal services attorneys in small legal services offices throughout California; supervised and administered staff of four senior legal services attorneys and support staff.

> Directing Attorney, CRLA McFarland Office (July 1971 to February 1974) (Staff Attorney July 1971 to February 1972)
> Responsibilities: Provided legal representation to low income persons and groups in Kern, King, and Tulare Counties; supervised all litigation and administered staff of ten.

HASTINGS COLLEGE OF THE LAW, Instructor, Legal Writing and Research Program (August 1974 to June 1978)
Responsibilities: Instructed 20 to 25 first year students in legal writing and research.

CALIFORNIA AGRICULTURAL LABOR RELATIONS BOARD, Staff Attorney, General Counsel's Office (November 1975 to January 1976, while on leave from CRLA)
Responsibilities: Prosecuted unfair labor practice charges before Administrative Law Judges and the A.L.R.B. and represented the A.L.R.B. in state court proceedings.

ATLANTA LEGAL AID SOCIETY, Staff Attorney (October 1969 to June 1971)
Responsibilities: Represented low income persons and groups as part of 36-lawyer legal services program located in Atlanta, Georgia.

**RICHARD M. PEARL**
Page 3


## PUBLICATIONS

Pearl, *California Attorney Fee Awards, Third Edition* (Cal. Cont. Ed. Bar 2010) and February 2011 and 2012 Supplements

Pearl, *California Attorney Fee Awards, Second Edition* (Cal. Cont. Ed. Bar 1994), and 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, and 2008 Supplements

*Graham v. DaimlerChrysler Corp.* and *Tipton-Whittingham v. City of Los Angeles,* Civil Litigation Reporter (Cal. Cont. Ed. Bar Feb. 2005)

*Current Issues in Attorneys' Fee Litigation,* California Labor and Employment Law Quarterly (September 2002 and November 2002)

*Flannery v. Prentice: Shifting Attitudes Toward Fee Agreements and Fee-Shifting Statutes,* Civil Litigation Reporter (Cal. Cont. Ed. Bar Nov. 2001)

*A Practical Introduction to Attorney's Fees,* Environmental Law News (Summer 1995)

Wrongful Employment Termination Practice, Second Edition (Cal. Cont. Ed. Bar 1997) (co-authored chapter on "Attorney Fees")

California Attorney's Fees Award Practice (Cal. Cont. Ed. Bar 1982) (edited), and 1984 through 1993 Supplements

Program materials on attorney fees, prepared as panelist for CEB program on "Attorneys' Fees: Practical and Ethical Considerations in Determining, Billing, and Collecting" (October 1992)

Program materials on "Attorney's Fees in Administrative Proceedings" California Continuing Education of the Bar, prepared as panelist for CEB program on "Effective Representation Before California Administrative Agencies" (October 1986)

Program materials on "Attorney's Fees in Administrative Proceedings" California Continuing Education of the Bar, prepared as panelist for CEB program on "Attorneys' Fees: Practical and Ethical Considerations" (March 1984)

*Settlors Beware/The Dangers of Negotiating Statutory Fee Cases,* (September 1985) Los Angeles Lawyer

Program Materials on "Remedies Training" (Class Actions), Sponsored by Legal Services Section, California State Bar, San Francisco (May 1983)

**RICHARD M. PEARL**
Page 4

Attorneys' Fees: A Legal Services Practice Manual (Legal Services Corporation 1981)

**PUBLIC SERVICE**

Member, Attorneys' Fee Task Force, California State Bar

Vice President, Board of Directors, California Rural Legal Assistance Foundation

**REPRESENTATIVE REPORTED CASES**

*Boren v. California Department of Employment*
  (1976) 59 Cal.App.3d 250

*Cabrera v. Martin*
  (9th Cir. 1992) 973 F.2d 735

*Camacho v. Bridgeport Financial, Inc.*
  (9th Cir. 2008) 523 F.3d 973

*Campos v. E.D.D.*
  (1982) 132 Cal.App.3d 961

*Center for Biological Diversity v. County of San Bernardino*
  (2010) 185 Cal.App.4th 866

*Committee to Defend Reproductive Rights v. A Free Pregnancy Center*
  (1991) 229 Cal.App.3d 633

*David C. v. Leavitt*
  (D. Utah 1995) 900 F.Supp. 1547

*Delaney v. Baker*
  (1999) 10 Cal.4th 23

*Employment Development Dept. v. Superior Court (Boren)*
  (1981) 30 Cal.3d 256

*Environmental Protection Information Center, Inc. v. Pacific Lumber Co.*
  (N.D. Cal. 2002) 229 F. Supp.2d 993, *aff'd* (9th Cir. 2004) 103 Fed. Appx. 627

*Flannery v Prentice*
  (2001) 26 Cal. 4th 572

RICHARD M. PEARL
Page 5

**Representative Reported Cases (cont.)**

Graham v. DaimlerChrysler Corp.
     (2004) 34 Cal. 4th 553

Horsford v. Board of Trustees of Univ. of Calif.
     (2005) 132 Cal.App.4th 359

Ketchum v. Moses
     (2001) 24 Cal.4th 1122

Kievlan v. Dahlberg Electronics
     (1978) 78 Cal.App.3d 951, cert. denied (1979)
     440 U.S. 951

Lealao v. Beneficial California, Inc.
     (2000) 82 Cal.App.4th 19

Lewis v. California Unemployment Insurance Appeals Board
     (1976) 56 Cal.App.3d 729

Local 3-98 etc. v. Donovan
     (N.D. Cal. 1984) 580 F.Supp. 714,
     aff'd (9th Cir. 1986) 792 F.2d 762

Mangold v. California Public Utilities Commission
     (9th Cir. 1995) 67 F.3d 1470

Maria P. v. Riles
     (1987) 43 Cal.3d 1281

Martinez v. Dunlop
     (N.D. Cal. 1976) 411 F.Supp. 5
     aff'd (9th Cir. 1977) 573 F.2d 555

McSomebodies v. Burlingame Elementary School Dist.
     (9th Cir. 1990) 897 F.2d 974

McSomebodies v. San Mateo City School Dist.
     (9th Cir. 1990) 897 F.2d 975

Moore v. Bank of America
     (9th Cir. 2007) 2007 U.S. App. LEXIS 19597

**RICHARD M. PEARL**
Page 6

**Representative Reported Cases (cont.)**

*Moore v. Bank of America*
　　　　(S.D. Cal. 2008) 2008 U.S. Dist. LEXIS 904

*Mora v. Chem-Tronics, Inc.*
　　　　(S.D. Cal. 1999) 1999 U.S. Dist. LEXIS 10752,
　　　　5 Wage & Hour Cas. 2d (BNA) 1122

*Pena v. Superior Court of Kern County*
　　　　(1975) 50 Cal.App.3d 694

*Ponce v. Tulare County Housing Authority*
　　　　(E.D. Cal 1975) 389 F.Supp. 635

*Ramirez v. Runyon*
　　　　(N.D. Cal. 1999) 1999 U.S. Dist. LEXIS 20544

*Rubio v. Superior Court*
　　　　(1979) 24 Cal.3d 93 (amicus)

*Sokolow v. County of San Mateo*
　　　　(1989) 213 Cal. App. 3d. 231

*S.P. Growers v. Rodriguez*
　　　　(1976) 17 Cal.3d 719 (amicus)

*Tongol v. Usery*
　　　　(9th Cir. 1979) 601 F.2d 1091,
　　　　*on remand* (N.D. Cal. 1983) 575 F.Supp. 409,
　　　　*revs'd* (9th Cir. 1985) 762 F.2d 727

*Tripp v. Swoap*
　　　　(1976) 17 Cal.3d 671 (amicus)

*United States (Davis) v. City and County of San Francisco*
　　　　(N.D. Cal. 1990) 748 F.Supp. 1416, *aff'd in part*
　　　　*and revs'd in part sub nom Davis v. City and County*
　　　　*of San Francisco* (9th Cir. 1992) 976 F.2d 1536,
　　　　*modified on rehearing* (9th Cir. 1993) 984 F.2d 345

*United States v. City of San Diego*
　　　　(S.D.Cal. 1998) 18 F.Supp.2d 1090

RICHARD M. PEARL
Page 7

**Representative Reported Cases (cont.)**

*Vasquez v. State of California*
        (2008) 45 Cal.4th 243 (amicus)

*Velez v. Wynne*
        (9th Cir. 2007) 2007 U.S. App. LEXIS 2194

**REFERENCES**

Furnished upon request.

**March 2012**

# EXHIBIT B

# Associate billing rates start climbing again

*Average rates going back up after stagnation brought on by recession*

**By Kevin Lee**
Daily Journal Staff Writer

SF Daily Journal
August 10, 2012

Average law firm billing rates are back on the rise after stagnating somewhat in the years following the 2008 financial crisis. But most of the action is taking place in associate billing rates, which jumped 7.5 percent in the first half of the year compared to the same period in 2011, more than twice the average rate increase in partner billing rates nationwide.

Industry experts say the discrepancy appears to be the market correcting itself after firms sloughed off associates and froze associate hiring in 2009 and 2010.

Partner billing rates, by comparison, rose 3.4 percent in the first half of the year compared to the year-earlier period, according to the latest research by Valeo Partners LLC, a Washington D.C.-based consulting firm.

Valeo compiled data on the billing rates of lawyers at 550 U.S. law firms through publicly available documents, such as court filings, fee applications and disclosure statements submitted to federal agencies.

Chuck Chandler, a Valeo co-founder and partner, said this year's rate increases were instituted to offset the lack of rate movement during the recession.

"The associates took the hit after 2008. Some firms laid off as much as 10 percent of their associates, delayed hiring new classes and froze compensation," he said. "Naturally, billing rates were slow to increase during that period."

For the first six months of this year, California markets all saw associate rate increases below the national average. Associates in San Francisco and Silicon Valley together claimed the highest average rate increase of the California markets — 7.3 percent.

"Northern California has all of the social media, the technology companies, which creates a lot of dealmaking and IPOs and also good fees and hourly rates," Chandler said.

By comparison, Los Angeles associates saw their rates go up an average of 6.6 percent. In San Diego, associate rates rose 4.2 percent.

Law firms generally increase billing rates each year, according to Sheppard, Mullin, Richter & Hampton LLP partner Marc A. Sockol, who manages the firm's Palo Alto office.

"If inflation goes up 3 percent, so do our associate billing rates, because that is what covers rent, lights, computers, telephones, desks," Sockol said. "During those first couple years of this recession, we chose not to

See Page 5 — ASSOCIATE

**LAW FIR**

## Average Law Firm Billing Rates

| Location | Position | 2012 | 2011 | Percent Increase |
|---|---|---|---|---|
| Los Angeles | Partner | $727 | $705 | 3.2% |
| | Associate | $560 | $503 | 11.3% |
| San Diego | Partner | $568 | $568 | 0% |
| | Associate | $394 | $378 | 4.2% |
| San Francisco | Partner | $675 | $652 | 3.5% |
| | Associate | $452 | $445 | 4.0% |
| National | Partner | $750 | $725 | 3.4% |
| | Associate | $495 | $460 | 7.5% |

Source: Valeo 2012 Halftime Report

# Associate billing rates going up

Continued from page 1

boost our billing rates."

Sockol declined to provide specific billing rates but said the firm varies its associate rates by practice group and geography. For 2012, the firm raised associate billing rates roughly 3 percent, he said.

James G. Leipold, executive director of the National Association for Law Placement in Washington D.C., said the jump in billing rates results from the overall decrease of associates at law firms, especially at large law firms. Large law firms, which are the biggest employers of junior lawyers, are relying less on partnership-track associates and more on staff lawyers, paralegals and contract lawyers.

NALP data reveals that from 2008 to 2011, large law firms on average hired entry-level associates at an annual starting salary of $160,000. Some law firms cut their starting salaries to $145,000 during that time but not many. Leipold said he thought more firms would follow suit.

'If inflation goes up 3 percent, so do our associate billing rates, because that is what covers rent, lights, computers, telephones, desks.'

— Marc A. Sockol

"What we saw was that law firms reduced their associate class sizes dramatically, but they didn't reduce their pay," Leipold said. "They just provided many fewer jobs."

Some large firms have turned to creating nonpartnership-track staff lawyer positions for new classes of junior lawyers, whose billing rates and compensation are lower than those of partnership-track associates.

Law firms can then maintain or increase the billing rates for the small number of associates on the partnership track, knowing they can turn to their staff lawyers, paralegals or contract lawyers to drive down the cost of legal services for clients.

"I think you'll see that [approach] more in the next couple of years," Leipold said. "It's another way for them to bring the salary structure back down and meet the cost-containment demands of clients and use people more efficiently."

*kevin_lee@dailyjournal.com*

# EXHIBIT C

- Law.com Home
- Newswire
- LawJobs
- CLE Center
- LawCatalog
- Our Sites
- Advertise

An **ALM** Web site



- This Site
- Law.com Network
- Legal Web

_____
Search the Legal Web    Go >>

- HOME
- THE AM LAW DAILY
- LITIGATION DAILY
- RANKINGS
- VIDEOS
- MAGAZINE
- ADVERTISE
- SUBSCRIBE
- FREE ACCESS
- CONTACT US

## THE AM LAW DAILY

- The Firms
- The Work
- The Score
- The Churn
- The Talent
- The Management
- The World
- The Life

## SURVEYS AND RANKINGS

- AM LAW 100
- AM LAW 200
- AM LAW TECH
- A-LIST
- GLOBAL 100
- CORPORATE SCORECARD
- DEALMAKERS OF
  THE YEAR
- MIDLEVEL ASSOCIATES SURVEY
- SUMMER ASSOCIATES SURVEY
- DIVERSITY SCORECARD
- PRO BONO SCORECARD
- LITIGATION DEPARTMENT OF
  THE YEAR
- LATERALS REPORT
- LAW FIRM LEADERS
- Lifetime Achievers
- Legal Intelligence
- WOMEN PARTNER WATCH

4/17/2012 10:07 AM

## MAGAZINE

- Current Issue
- Previous Issue
- Search Archive

## SPECIAL REPORTS

- Intellectual Property
- Labor & Employment
- LITIGATION
- FOCUS EUROPE
- ASIAN LAWYER
- STUDENT EDITION

## VIDEOS

## Bookstore

## Legal Recruiters
## Digital Edition

## Hall of Fame

## ALM EVENTS

## SUBSCRIBE

## ADVERTISE

## ABOUT US

## FEATURED SPONSORS

## LAW.COM NETWORK

- Sites
- Jobs
- Verdicts
- LawCatalog
- Experts
- Online CLE
- Legal Intelligence
- Events
- Resources
- Law Firm Papers
- Court Reporters
- Legal Dictionary
- Legal Blogs

## The Firms

April 16, 2012 5:20 PM

**When It Comes to Billing, Latest Rate Report Shows the Rich Keep Getting Richer**

Posted by Sara Randazzo

Hourly rates just keep rising—and the best-paid lawyers are raising their rates faster than everyone else.

Those are two of the key findings contained in the 2012 Real Rate Report, an analysis of $7.6 billion in legal bills paid by corporations over a five-year period ending in December 2011. The report, released Monday, is the second such collaboration between TyMetrix, a company that manages and audits

legal bills for corporate legal departments, and the Corporate Executive Board.

Many of the new rate report's findings echo those contained in the 2010 study, including the fact that rates keep going up, almost across the board, and that the cost of a given matter can vary dramatically depending on a law firm's size and location and its relationship with a particular client.

At the same time, this year's study shows that the legal sector is becoming increasingly bifurcated, with top firms raising rates faster than those at the bottom of the market and large firms charging a premium price based purely on their size.

"What it's really showing is that there's an increased premium being paid for experience and expertise," says Julie Peck, vice president of strategy and market development at TyMetrix. "Some parts of the lawyer market are able to raise rates much more quickly, and are more impervious to economic forces than others."

To compile the current rate report, TyMetrix received permission from its clients to examine legal fees billed to 62 companies across 17 industries including energy, finance, retail, technology, insurance, and health care. The bills, which represent the amount actually paid by the companies in question rather than the amount initially charged, came from more than 4,000 firms in 86 metropolitan areas around the country. Every firm on the 2011 Am Law 100 is represented in the data.

The report's key data points include:

A Widening Gap: Hourly rates charged by lawyers in the legal sector's upper echelon grew faster between 2009 and 2011 than those charged by lawyers toiling on the lower rungs. Particularly striking was the jump in associate rates billed by those falling in the report's top quartile: 18 percent on average, to just over $600 per hour. Rates billed by top quartile partners, meanwhile, rose 8 percent, to just under $900 per hour. In the bottom quartile, associate rates rose 4 percent and partner rates rose 3 percent during the same period.

The Recession's (Minor) Toll: Even amid the economic downturn, the cost of an hour of a lawyer's time continued to rise faster than key measures of inflation. That said, the legal industry wasn't completely immune to the broader economy's slowdown. After rising 8.2 percent between 2007 and 2008, hourly rates rose just 2.3 percent in 2009. Law firms bounced back a bit last year, with rates climbing 5.1 percent, to an average of $530 an hour.

Location Counts: Not surprisingly, lawyers working in major metropolitan areas—where, as the rate report notes, rents are typically higher—are the priciest. An address in Boston, Chicago, Los Angeles, San Francisco, or Washington, D.C., alone adds about $161 to the hourly rate charged by an individual lawyer. Those six cities and Baltimore, Houston, Philadelphia, and San Jose are the ten U.S. markets with the highest hourly rates. With an average partner rate topping $700 per hour and average associate rate of more than $450 per hour, New York is the most expensive market in the country. The least expensive? Riverside, California, where the average partner bills at under $250 per hour and associates bill at just over $300 an hour.

In the Minority: A small group of lawyers—12 percent—bucked the trend toward higher fees and actually lowered rates between 2009 to 2011—and 3 percent trimmed rates by $50 or more per hour. (Most of those in the rate-cutting camp were based outside the big six markets identified above.) At the other end of the spectrum, 52 percent of lawyers increased rates by between $25 and $200 or more per hour. Another 18 percent increased rates by less than $25 per hour, and the final 18 percent held rates steady.

First-Year Blues: Even before the recession hit, clients balked at paying for what they considered on-the-job training for first-year associates. The latest rate report is likely to reinforce that reluctance, given its finding that using entry-level lawyers adds as much as 20 percent to the cost of a legal matter. The report offers evidence that firms may be accommodating clients on this front: The percentage of bills attributed to entry-level associates dropped from 7 percent in 2009 to 2.9 percent last year.

Ties That Bind: The more work one firm handles for a client—and the longer the client relationship extends—the higher the average rate the firm charges. For companies that paid one firm $10 million or more in a single year, the average hourly rate paid was $553 in 2011. By comparison, clients that limited their spending on an individual firm to $500,000 paid that firm an average of $319 per hour.

Four-Digit Frontier: Data has consistently shown that many lawyers hesitate to charge more than $1,000 an hour, and in 2011 just under 3 percent of the lawyers covered by the rate report had broken that barrier. Of those, the vast majority were working in the six main legal markets identified above and 60 percent of the time, they billed in increments of one hour or less.

Playing Favorites: Across all practice areas, 90 percent of lawyers charged different clients different rates for similar types of work. (The figure for mergers and acquisitions lawyers was 100 percent.) The differences from client to client can be extreme, and were even more pronounced in the current report than in the 2010 edition. Rates charged by intellectual property specialists, for instance, had a median variance of 23.1 percent, while lawyers doing commercial and contract work showed a 18.7 percent median difference.

Who's Doing What? A closer look at law firm bills for work performed on litigation and intellectual property assignments shows that the kind of timekeeper billing on a matter varies by practice type. On patent matters, the report shows, 47 percent of hours billed on average are attributed to paralegals, and 37 percent by partners. By comparison, paralegals account for just 8 percent of the work done on labor and employment litigation hours, while partners handle 45 percent.

Make a comment

Comments (1)
Save & Share: Facebook | Del.ic.ious | Digg it | Email |

Reprints & Permissions

Comments

Report offensive comments to The Am Law Daily.

The Big Law law firm is a dinosaur - a dieing species. This kind of self-interested greed will ultimately kill the beast.

When It Comes to Billing, Latest Rate Report Shows the Rich Keep Ge...   http://amlawdaily.typepad.com/amlawdaily/2012/04/report-rates-kee...

Comment By Publicus - April 17, 2012 at 11:50 AM

**Verify your Comment**

**Previewing your Comment**

Posted by: [

This is only a preview. Your comment has not yet been posted.

[ Post ]   [ Edit ]

Your comment could not be posted. Error type:
Your comment has been saved. Comments are moderated and will not appear until approved by the author. Post another comment

The letters and numbers you entered did not match the image. Please try again.

As a final step before posting your comment, enter the letters and numbers you see in the image below. This prevents automated programs from posting comments.

Having trouble reading this image? View an alternate.

[ Continue ]

**Post a comment**

If you have a TypeKey or TypePad account, please Sign In

Name:

Email Address:(Not displayed with comment.)

URL:

☐ Remember personal info?

Comments:

[ Preview ]   [ Post ]

theamlawdaily@alm.com

Popular Pages Today
1.   When It Comes to Billing, Latest Rate Report Shows the Rich Keep Getting Richer 11.88%
2.   Dewey Losses Accelerate: Nine More New York Partners Head to the Exits 11.07%
3.   Latest Dewey Losses Span the Globe, Push 2012 Departure Figure Above 60 10.03%
4.   The Am Law Daily 8.49%
5.   Nine IP Litigators Jump from Duane Morris to Cozen 6.37%
6.   The Am Law Daily 5.54%
7.   O'Melveny Adds Top Capital Markets Partner from Shearman in New York 4.30%
8.   With St. Louis Firm Fading, Show Me State Rivals Eye Possible Hires 3.86%
9.   Which Firms Are Cashing in on Dewey Departures? 2.28%
10.   Paul Weiss Takes Lead on Two Private Equity Deals 1.71%

# EXHIBIT D

Top Billers - The Wall Street Journal Online - Interactive Graphics          http://online.wsj.com/public/resources/documents/st_TOPRATE0222_20...

Case3:04-cv-02657-CW   Document7360-2   Filed03/04/11   Page30 of 37

Friday, February 25, 2011 As of 2:38 AM EST

Today's Paper | Columns | Blogs | Topics | Journal Community

Home    World    U.S.    New York    Business    Markets    Tech    Personal Finance    Life & Culture    Opinion    Careers    Real Estate
Small Business

February 10, 2011

# Top Billers

Top attorneys in the U.S. are charging fees as much as $1,250 an hour, according to a deal that...

| Name | First | Practice Area 1 | Practice Area 2 | Practice Area | Hourly Rate | Law Firm | Date |
|---|---|---|---|---|---|---|---|
| Farley, Kirk A. | Kirkland & Ellis LLP | Corporate | | | $1,250 | | 2010 |
| Tophs, Leo | | Tax | | | $1,100 | | 2010 |
| Schweig, Bernard | Weil Gotshal | Finance | Litigation | Mergers and Acquisition | $1,095 | | 2010 |
| Gay, Richard V.L. | Baker McKenzie | Real Estate | | Intellectual Property | $1,025 | | 2010 |
| Steele, Andrew | Cleary Gottlieb | Bankruptcy | | | $1,000 | | 2010 |
| Mayer, Michael | | Corporate | | | $1,000 | | 2010 |
| Vanderwerff, Otto | Cleary Gottlieb | | Litigation | | $1,000 | | 2010 |
| Ferling, Jacques | Cleary Gottlieb | Bankruptcy | | | $1,000 | | 2010 |
| Mahota, Wayne R. | Gibson Dunn | Corporate | | | $995 | | 2010 |
| Dubois, Pierre-Felix | Kirkland & Ellis LLP | Intellectual Property | | | $950 | | 2010 |
| Scholer, Chad | Fried Frank | Bankruptcy | | | $950 | | 2010 |
| Lieff, Schiffer Guy | | Corporate | | | $950 | | 2010 |
| Brown, Michael | Jones Day | Finance | Litigation | Bankruptcy | $1,000 | | 2010 |
| Galley, Leo | Jones Day | Litigation | | | $1,000 | | 2010 |
| Busch, Beckley C. | Jones Day | Bankruptcy | | | $1,000 | | 2010 |
| Norton, William A. | | Litigation | | | $1,075 | | 2010 |
| Bradley, David | Bingham McCutchen | Corporate | | | $1,000 | | 2010 |
| Mayes, John H. | Bingham McCutchen | Tax | | | $1,000 | | 2010 |
| Nelson, William R. | Bingham McCutchen | Tax | | | $1,000 | | 2010 |
| Risley, Bernie | | Tax | | | $1,000 | | 2010 |
| Meyerson, Lee | Simpson Thacher | Capital Markets | Mergers and Acquisition | | $1,000 | | 2010 |
| Hedger, Peter | Jones Walker | Finance | | | $1,000 | | 2010 |
| Clayton, Lewis | Paul Weiss | Intellectual Property | | | $1,000 | | 2010 |
| Pauli, Jürgen | Paul Weiss | Corporate | | | $1,000 | | 2010 |
| Rothenberg, Peter | Paul Weiss | Corporate | Tax | | $1,000 | | 2010 |
| Stanley, Kenneth | Milbank Tweed | Bankruptcy | Bankruptcy | Mergers and Acquisition | $1,000 | | 2010 |
| Pérez, Daniela R. | | Finance | Bankruptcy | Mergers and Acquisition | $1,000 | | 2010 |
| Amsen, Paul | Milbank Tweed | Bankruptcy | | | $1,000 | | 2010 |

Top Billers - The Wall Street Journal Online - Interactive Graphics

FEBRUARY 24, 2011

# Top Billers

2/26/2011 9:39 AM

Top/Billers - The Wall Street Journal Online - Interactive Graphics

2/25/2011 9:59 AM

66

Case3:11-cv-02607-GW   Document156-2   Filed03/04/11   Page66 of 67

Top Billers - The Wall Street Journal Online Interactive Graphic

Friday, February 25, 2011 As of 9:40 AM ET

FEBRUARY 24, 2011

## Top Billers

| Name | Firm | Practice/Industry | Practice Subgroup | | | Firm Name | Date |
|---|---|---|---|---|---|---|---|
| | | | | | | | 2009 |

1 of 2

2/25/2011 9:40 AM



# EXHIBIT E

# DAILY REPORT

Home    News Services    Cross Opinions    Court Calendars    Public Notices

Getting Today's Home Page >>

All materials for firms in San Francisco CA Upload Studies

4:19 P.M. EST
Tuesday, February 22, 2011

Get premium access 30-day trial
Subscribe now for under $1 a day
Receive free daily headlines

How to Advertise    Contact Us

| Name | Title | Practice Areas | Firm | Search Similar | City | Sits | Country | How to Advertise | Contact Us | Practicing Since | Practicing Since | 2005 Rates | 2006 Rates | 2007 Rates | 2008 Rates | 2009 Rates |
|------|-------|----------------|------|----------------|------|------|---------|------------------|-----------|------------------|------------------|------------|------------|------------|------------|------------|

ALM

Copyright 2011 ALM Media Properties, LLC. All Rights Reserved.

DAILY REPORT

Get premium access 30-day total
Subscribe now for under $1 a day
Receive free daily headlines

News Sections   Court Opinions   Court Calendars   Public Notices

Going Public Home Page >>   All records for firms in San Francisco CA United States

| Name | Title | Practice Area | Firm | Search Guide City | State | Country | Conferred Law School | Practicing Since | 2006 Rates | 2007 Rates | 2008 Rates | 2009 Rates |
|------|-------|---------------|------|------|-------|---------|------|------|------|------|------|------|
| | | Litigation | | San Francisco | CA | United States | | | | | | |
| | | | | San Francisco | CA | United States | | | | | | 750 |
| | | Employee Benefits and Executive Comp | | San Francisco | CA | United States | | | 435 | | | |
| | | Business Restructuring and Reorganization | | San Francisco | CA | United States | 1980 | 1980 | | 460 | | 750 |
| | | | | San Francisco | CA | United States | 1974 | 1974 | | | 745 | 75 |
| | | Litigation / Bankruptcy and Finance | | San Francisco | CA | United States | 2007 | 2008 | | | 595 | 345 |
| | | Litigation | | San Francisco | CA | United States | 1986 | 1986 | | 535 | | 725 |
| | | | | San Francisco | CA | United States | | | | | 590 | |
| | | | | San Francisco | CA | United States | 1996 | 1996 | 490 | | | 560 560 |
| | | | | San Francisco | CA | United States | | 1997 | | | | |
| | | | | San Francisco | CA | United States | | | | 300 | | 675 |
| | | | | San Francisco | CA | United States | 2001 | 2001 | 315 | | | 525 |
| | | | | San Francisco | CA | United States | 1994 | 1994 | | | 565 | 565 |
| | | | | San Francisco | CA | United States | 2007 | 2007 | | | | 350 |
| | | | | San Francisco | CA | United States | | | 425 | | 565 | |

ALM

About ALM | About Incisive | Customer Support | Reprints | Privacy Policy | Terms & Conditions
Copyright 2011 ALM Media Properties, LLC. All rights reserved.

73



# EXHIBIT F

# Westlaw CourtExpress

## LEGAL BILLING REPORT

VOLUME 11, NUMBER 1

May 2009

# BY BILLING RATE

## California Rate Report

| | PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| P | Kelly, Jr. Daniel | Davis Polk & Wardwell (CA) | 1996 | 1986 | CA | $ 860.00 | 4.90 | $ 4,200.00 |
| P | Coates, Mills | Davis Polk & Wardwell | 1980 | 1990 | CA | 955.00 | 17.00 | 16,235.00 |
| P | Durham, Scott | O'Melveny & Myers LLP (CA) | 1975 | 1975 | CA | 880.00 | 1.10 | 846.00 |
| P | Tuchin, Michael | Klee, Tuchin, Bogdanoff & Stern, LLP | 1990 | 1990 | CA | 850.00 | 0.50 | 425.00 |
| P | Kalaoch, Karen | Weil, Gotshal & Manges LLP (CA) | 1986 | 1986 | CA | 795.00 | 0.80 | 636.00 |
| P | Arnold, Daniele | Gibson Dunn & Crutcher, LLP (CA) | 1975 | 1976 | CA | 790.00 | 4.50 | 3,555.00 |
| OC | Myers, Michael | Henigan Bennett & Dorman LLP | 1979 | 1979 | CA | 763.00 | 63.20 | 48,395.60 |
| P | Avenia, Craig | White & Case LLP (CA) | 1984 | 1984 | CA | 760.00 | 128.10 | 96,076.00 |
| P | Khosroeh, Iva D. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1992 | 1992 | CA | 790.00 | 2.90 | 2,175.00 |
| P | Kornfeld, Alan | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1987 | 1987 | CA | 725.00 | 0.90 | 650.00 |
| A | Lamb, Peter | Davis Polk & Wardwell (CA) | 2005 | 2005 | CA | 680.00 | 101.40 | 68,952.00 |
| P | Molto, Jaime E. | Henigan Bennett & Dorman LLP | 1978 | 1978 | CA | 680.00 | 10.10 | 6,868.00 |
| P | Fortora, Harry | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1985 | 1986 | CA | 675.00 | 19.10 | 12,892.50 |
| A | Gorelick, Ronald | White & Case LLP (CA) | 2001 | 2001 | CA | 665.00 | 176.20 | 117,172.00 |
| P | Brown, Kenneth H. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1981 | 1981 | CA | 650.00 | 27.30 | 17,745.00 |
| P | Ridder, David | Klee, Tuchin, Bogdanoff & Stern, LLP | 1997 | 1998 | CA | 650.00 | 23.10 | 15,015.00 |
| P | Weissmann, Henry | Munger Tolles & Olson LLC | 1987 | 1987 | CA | 650.00 | 0.50 | 325.00 |
| P | Barrenechea, Daniel M. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1989 | 1993 | CA | 645.00 | 35.80 | 23,082.00 |
| P | Montgomery, Charles | Gibson Dunn & Crutcher, LLP (CA) | 1997 | 1997 | CA | 635.00 | 0.80 | 508.00 |
| P | Brown, Dennis | White & Case LLP (CA) | 1970 | 1970 | CA | 625.00 | 17.80 | 11,125.00 |
| A | Reamann, Samuel | Gibson Dunn & Crutcher, LLP (CA) | 2001 | 2001 | CA | 610.00 | 13.50 | 8,235.00 |
| A | Dixon, Shira | White & Case LLP (CA) | 2003 | 2003 | CA | 600.00 | 183.70 | 110,220.00 |
| P | Vincent, Garth | Munger Tolles & Olson LLC | 1998 | 1998 | CA | 600.00 | 124.60 | 74,760.00 |
| A | Scott, Melanie | White & Case LLP (CA) | 2004 | 2004 | CA | 590.00 | 20.90 | 12,340.00 |
| A | Bachmann, Laura | Klee, Tuchin, Bogdanoff & Stern, LLP | 1991 | 1991 | CA | 590.00 | 0.20 | 118.00 |
| A | Der Manouel-Glen, B. | Weil, Gotshal & Manges LLP (CA) | 2003 | 2003 | CA | 580.00 | 28.50 | 16,530.00 |
| P | Seidel, David | Gibson Dunn & Crutcher, LLP (CA) | 2000 | 2000 | CA | 575.00 | 0.90 | 517.50 |
| P | Heintz, Jeffrey | Munger Tolles & Olson LLC | 1984 | 1984 | CA | 550.00 | 88.10 | 49,505.00 |
| P | Fried, Joshua | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1985 | 1995 | CA | 525.00 | 21.40 | 11,469.50 |
| A | Morris, James | Munger Tolles & Olson LLC | 1987 | 1997 | CA | 525.09 | 25.80 | 13,545.00 |
| A | Marks, Joshua | Weil, Gotshal & Manges LLP (CA) | 2000 | 2000 | CA | 505.00 | 13.10 | 6,615.50 |
| A | Malette, Michael | Weil, Gotshal & Manges LLP (CA) | 2005 | 2005 | CA | 490.00 | 38.00 | 18,620.00 |
| A | Berthson, Melissa | Gibson Dunn & Crutcher, LLP (CA) | 2006 | 2006 | CA | 470.00 | 14.00 | 6,580.00 |
| A | Lin, Leslie | Weil, Gotshal & Manges LLP (CA) | 2006 | 2006 | CA | 465.00 | 45.90 | 21,343.50 |
| A | Kellhan, Derek | Munger Tolles & Olson LLC | 2005 | 2005 | CA | 450.00 | 508.30 | 228,735.00 |
| A | Hedlingrafer, Brian | Munger Tolles & Olson LLC | 2002 | 2002 | CA | 436.00 | 0.20 | 150.00 |
| A | Nathan, Joseph | Weil, Gotshal & Manges LLP (CA) | 2007 | 2007 | CA | 415.00 | 25.20 | 10,458.00 |
| A | Jasper, M. Lance | Munger Tolles & Olson LLC | 2008 | 2008 | CA | 400.00 | 96.20 | 38,480.00 |
| A | Estbrook, Brandon | Munger Tolles & Olson LLC | 2006 | 2006 | CA | 400.00 | 8.80 | 3,520.00 |
| A | Robb, Brandon E. | O'Melveny & Myers LLP (CA) | 2008 | 2008 | CA | 385.00 | 8.40 | 3,318.00 |

By Billing Rate

## California Rate Report

| PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|
| A  Schellenberg, Bradley | Munger Tolles & Olson LLC | 2004 | 2004 | CA | $ 385.00 | 1.30 | $ 513.50 |
| A  Reagan, Matthew | Weil, Gotshal & Manges LLP (CA) | 2008 | 2008 | CA | 345.00 | 13.60 | 4,752.10 |
| A  Guzman, Timra | O'Melveny & Myers LLP (CA) | 2007 | 2007 | CA | 330.00 | 2.50 | 825.00 |
| PP Nesbit, Rida | O'Melveny & Myers LLP (CA) | | | | 290.00 | 6.20 | 1,512.00 |
| Rimberton, Katie | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 27.60 | 6,210.00 |
| Jetties, Patricia A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 0.40 | 90.00 |
| PP Pearson, Sande | Klee, Tuchin, Bogdanoff & Stern, LLP | | | CA | 215.00 | 1.90 | 408.50 |
| PP Floyd, Kevin | Henshaw Bennett & Doman LLP | | | | 210.00 | 0.30 | 63.00 |
| PP Kloots, Cheryl | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 205.00 | 2.20 | 451.00 |
| CAA Firman, Sandra | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 125.00 | 2.60 | 325.00 |

# Westlaw CourtExpress

## LEGAL BILLING REPORT

VOLUME 11, NUMBER 2

August 2009

## BY BILLING RATE

## California rate Report

| | PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| P | Foliss, Stephen L. | Gibson Dunn & Crutcher, LLP (CA) | 1982 | 1982 | CA | $ 860.00 | 0.10 | $ 86.00 |
| P | Patterson, Thomas | Klee, Tuchin, Bogdanoff & Stern, LLP | 1984 | 1984 | CA | 850.00 | 225.00 | 191,250.00 |
| P | Tuchin, Michael | Klee, Tuchin, Bogdanoff & Stern, LLP | 1990 | 1990 | CA | 850.00 | 74.40 | 63,240.00 |
| P | Stern, David | Klee, Tuchin, Bogdanoff & Stern, LLP | 1975 | 1975 | CA | 850.00 | 32.90 | 27,965.00 |
| P | Issler, Paul S. | Gibson Dunn & Crutcher, LLP (CA) | 1986 | 1986 | CA | 840.00 | 4.65 | 3,906.00 |
| P | Arnold, Dennis | Gibson Dunn & Crutcher, LLP (CA) | 1975 | 1976 | CA | 840.00 | 4.10 | 3,444.00 |
| P | Thompson, Simon | Dewey Stewart Urquhart Oliver & Hedges, LLP | 1991 | 1991 | CA | 820.00 | 72.80 | 59,696.00 |
| P | Bullock, Karen | Weil, Gotshal & Manges LLP (CA) | 1988 | 1988 | CA | 810.00 | 40.40 | 32,724.00 |
| P | Zloch, Dean A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1979 | 1979 | CA | 795.00 | 20.30 | 16,138.50 |
| P | Gilmore, Donielle | Caflon Emanuel Urquhart Oliver & Hedges, LLP | 1993 | 1994 | CA | 775.00 | 9.50 | 7,362.50 |
| P | Kreger, Craig | White & Case LLP (CA) | 1984 | 1984 | CA | 750.00 | 188.20 | 141,900.00 |
| P | Kothe, Nicholas | Jones Day (CA) | 1990 | 1990 | CA | 750.00 | 1.90 | 1,425.00 |
| P | Balser, James | Jones Day (CA) | 1980 | 1980 | CA | 750.00 | 0.20 | 150.00 |
| P | Wineton, Eric D. | Caflon Emanuel Urquhart Oliver & Hedges, LLP | 1989 | 1989 | CA | 740.00 | 7.10 | 5,254.00 |
| P | Otto, Johanna Y. | Caflon Emanuel Urquhart Oliver & Hedges, LLP | 1997 | 1997 | CA | 748.00 | 6.80 | 4,889.00 |
| P | Kornfeld, Alan | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1987 | 1987 | CA | 725.00 | 10.10 | 7,322.50 |
| P | Slack, Jeffrey E. | Sidley Austin Brown & Wood LLP (CA) | 1997 | 1997 | CA | 700.00 | 110.90 | 77,630.00 |
| A | Myers, Martin | Jones Day (CA) | 1987 | 1987 | CA | 700.00 | 26.50 | 18,550.00 |
| P | Grassgreen, Debra I. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1991 | 1992 | CA | 695.00 | 5.55 | 3,857.50 |
| A | Gustafson, Mark E. | White & Case LLP (CA) | 1988 | 1988 | CA | 685.00 | 117.70 | 80,624.50 |
| A | Ressin, Dora | Gibson Dunn & Crutcher, LLP (CA) | 1995 | 1995 | CA | 675.00 | 39.40 | 26,595.00 |
| A | Goodson, Ronald | White & Case LLP (CA) | 2001 | 2001 | CA | 665.00 | 221.50 | 147,297.50 |
| P | Montgomery, Cromwell | Gibson Dunn & Crutcher, LLP (CA) | 1997 | 1997 | CA | 635.00 | 2.50 | 1,587.50 |
| A | Newman, Samuel | Gibson Dunn & Crutcher, LLP (CA) | 2003 | 2003 | CA | 610.00 | 217.50 | 7,015.00 |
| A | Dziubran, Steve | White & Case LLP (CA) | 2003 | 2003 | CA | 600.00 | 217.50 | 130,500.00 |
| A | Scott, Michele | Jones Day (CA) | 2004 | 2004 | CA | 600.00 | 74.90 | 44,940.00 |
| A | Gile Young-chen, B. | Weil, Gotshal & Manges LLP (CA) | 1998 | 1998 | CA | 600.00 | 35.30 | 21,180.00 |
| OC | Lescart, Brian | Klee, Tuchin, Bogdanoff & Stern, LLP | 1999 | 1999 | CA | 580.00 | 54.20 | 31,436.00 |
| OC | Sydell, David | Gibson Dunn & Crutcher, LLP (CA) | 2009 | 2009 | CA | 570.00 | 0.50 | 285.00 |
| A | Knobby, M. Peter | Jones Day (CA) | 1984 | 1984 | CA | 565.00 | 13.30 | 7,514.50 |
| A | Merlin, Jill | Jones Day (CA) | 2006 | 2006 | CA | 550.00 | 45.80 | 25,190.00 |
| A | Correa, Michaeline | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1976 | 1976 | CA | 525.00 | 1.30 | 682.50 |
| OC | Brandt, Gina F. | Weil, Gotshal & Manges LLP (CA) | 2005 | 2005 | CA | 500.00 | 175.30 | 87,650.00 |
| A | Malakie, Michael | Jones Day (CA) | 2003 | 2003 | CA | 500.00 | 41.80 | 20,900.00 |
| A | Rodriguez, Noel | Klee, Tuchin, Bogdanoff & Stern, LLP | 2003 | 2003 | CA | 495.00 | 111.80 | 55,341.00 |
| A | Heya, Matthew | Gibson Dunn & Crutcher, LLP (CA) | 2008 | 2006 | CA | 470.00 | 1.40 | 1,027.80 |
| A | Barshop, Melissa | Weil, Gotshal & Manges LLP (CA) | 2008 | 2008 | CA | 465.00 | 302.70 | 140,755.50 |
| A | Liu, Leslie | White & Case LLP (CA) | 2008 | 2008 | CA | 460.00 | 162.10 | 74,566.00 |
| A | Chan, Sehyul | White & Case LLP (CA) | 2008 | 2008 | CA | | | |

By Billing Rate

## California rate Report

| PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|
| A Morrison, Kelsey M | White & Case LLP (CA) | 2008 | 2008 | CA | $ 490.00 | 105.50 | $ 48,590.03 |
| A Hove, Jonathan | White & Case LLP (CA) | 2007 | 2007 | CA | 460.00 | 20.30 | 9,338.00 |
| A Philip, Lawrence | McKenna Long & Aldridge LLP (CA) | 1997 | 1997 | CA | 450.00 | 15.00 | 6,750.00 |
| P Larsen, J David | McKenna Long & Aldridge LLP (CA) | 1997 | 1997 | CA | 450.00 | 10.00 | 4,500.00 |
| A Guess, David | Klee, Tuchin, Bogdanoff & Stern, LLP | 2005 | 2005 | CA | 450.00 | 355.70 | 157,865.00 |
| A Pozmantier, Courtney | Klee, Tuchin, Bogdanoff & Stern, LLP | 2005 | 2005 | CA | 430.00 | 23.20 | 9,976.00 |
| A Dietderich, Matthew | Sidley Austin Brown & Wood LLP (CA) | 2007 | 2007 | CA | 425.00 | 25.30 | 10,752.50 |
| A Tran, William | Sidley Austin Brown & Wood LLP (CA) | 2006 | 2006 | CA | 425.00 | 5.40 | 2,295.00 |
| A Nathan, Joseph | Weil, Gotshal & Manges LLP (CA) | 2007 | 2007 | CA | 415.00 | 61.50 | 25,522.50 |
| A Wilson, Lorna S. | Gibson Dunn & Crutcher, LLP (CA) | 2008 | 2008 | CA | 400.00 | 4.00 | 1,600.00 |
| A Simonds, Ariella | Sidley Austin Brown & Wood LLP (CA) | 2008 | 2008 | CA | 375.00 | 49.30 | 18,487.50 |
| A Openshaw, Kevin | Klee, Tuchin, Bogdanoff & Stern, LLP | 2008 | 2008 | CA | 300.00 | 4.70 | 1,410.00 |
| A Eliot, Keith | Klee, Tuchin, Bogdanoff & Stern, LLP | 2008 | 2008 | CA | 300.00 | 2.10 | 630.00 |
| LIB Forrester, Leslie A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 275.00 | 4.50 | 1,225.00 |
| PP Harris, Denise A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 8.50 | 1,912.50 |
| PP Gwartner, Michelle | McKenna Long & Aldridge LLP (CA) | | | | 215.00 | 40.60 | 8,729.00 |
| PP Petersen, Sandra | Klee, Tuchin, Bogdanoff & Stern, LLP | | | CA | 215.00 | 36.00 | 7,740.00 |
| PP Brown, Theresa J. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 196.00 | 2.00 | 360.00 |
| LIB Jones, Chris H. | Gibson Dunn & Crutcher, LLP (CA) | | | | 165.00 | 0.50 | 82.50 |

# Westlaw CourtExpress

## LEGAL BILLING REPORT

VOLUME 11, NUMBER 3

December 2009

# BY BILLING RATE

# California Rate Report

| | PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL $ |
|---|---|---|---|---|---|---|---|---|
| P | Pachulski, Richard M. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1979 | 1979 | CA | $895.00 | 367.70 | 329,163.50 |
| P | Peterson, Thomas | Klee, Tuchin, Bogdanoff & Stern, LLP | 1984 | 1984 | CA | 850.00 | 392.60 | 333,710.00 |
| P | Tucker, Michael | Klee, Tuchin, Bogdanoff & Stern, LLP | 1990 | 1990 | CA | 850.00 | 201.40 | 171,190.00 |
| P | Stem, David | Klee, Tuchin, Bogdanoff & Stern, LLP | 1975 | 1975 | CA | 850.00 | 68.80 | 58,480.00 |
| P | Pachulski, Richard M. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1978 | CA | 850.00 | 68.00 | 57,800.00 |
| P | Amrici, Danis | Gibson Dunn & Crutcher, LLP (CA) | 1975 | 1976 | CA | 840.00 | 1.00 | 840.00 |
| P | Ziehl, Dean A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1978 | CA | 825.00 | 259.25 | 211,406.25 |
| P | Umurmun, Peter | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1991 | 1991 | CA | 820.00 | 240.60 | 197,292.00 |
| P | Lyons, Denise | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1986 | 1986 | CA | 810.00 | 50.20 | 65,764.00 |
| P | Orgel, Robert B. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1981 | 1981 | CA | 795.00 | 357.20 | 284,058.60 |
| P | Richards, Jeremy | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1980 | 1981 | CA | 795.00 | 158.59 | 126,007.50 |
| P | Ziehl, Dean A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1978 | CA | 795.00 | 94.00 | 74,730.00 |
| P | Winsted, Ed O. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1978 | 1979 | CA | 785.00 | 20.30 | 16,135.50 |
| C | Ong, Johnson V. | Quinn Emanuel Urquhart Oliver & Hedges, LLP | 1989 | 1989 | CA | 745.00 | 54.00 | 38,960.00 |
| C | Kornfeld, Alan | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1997 | 1997 | CA | 740.00 | 11.20 | 8,288.00 |
| P | Grassgreen, Debra I. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1991 | 1991 | CA | 725.00 | 19.10 | 7,222.85 |
| C | Cole, Andrew | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1982 | 1982 | CA | 695.00 | 5.50 | 3,822.50 |
| C | Parker, Lloyd | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1983 | 1983 | CA | 695.00 | 3.40 | 2,363.00 |
| C | Mahover, James | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1970 | 1970 | CA | 675.00 | 60.80 | 41,040.00 |
| P | Amrich, Dana | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1987 | 1987 | CA | 675.00 | 16.60 | 11,205.00 |
| A | Davis, Dana | Gibson Dunn & Crutcher, LLP (CA) | 1995 | 1995 | CA | 675.00 | 14.30 | 9,990.00 |
| A | Newsome, Samuel | Klee, Tuchin, Bogdanoff & Stern, LLP | 1985 | 1985 | CA | 650.00 | 1.40 | 910.00 |
| C | Hochman, Harry | Gibson Dunn & Crutcher, LLP (CA) | 2001 | 2001 | CA | 610.00 | 3.70 | 2,257.00 |
| C | Nowback, Victoria | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1997 | 1997 | CA | 595.00 | 100.60 | 59,970.00 |
| C | Cho, Shirley | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1996 | 1996 | CA | 585.00 | 32.50 | 19,012.50 |
| A | Fincham, Harry | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1997 | 1997 | CA | 585.00 | 19.40 | 11,343.00 |
| OC | Christensen, Jennifer | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1987 | 1987 | CA | 575.00 | 57.60 | 33,120.00 |
| OC | Metcalf, Robin | Klee, Tuchin, Bogdanoff & Stern, LLP | 1998 | 1998 | CA | 575.00 | 1.40 | 805.00 |
| A | Brandt, Gina F. | Klee, Tuchin, Bogdanoff & Stern, LLP | 1999 | 1999 | CA | 675.00 | 0.10 | 67.50 |
| A | Heath, Matthew | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1976 | 1976 | CA | 525.00 | 1.30 | 682.50 |
| A | Brown, Mike | Klee, Tuchin, Bogdanoff & Stern, LLP | 2000 | 2000 | CA | 495.00 | 109.70 | 54,301.50 |
| A | Sandhus, Melissa | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | 1998 | 1998 | CA | 495.00 | 0.50 | 247.50 |
| A | Lly, Leslie | Gibson Dunn & Crutcher, LLP (CA) | 2006 | 2006 | CA | 470.00 | 2.10 | 987.00 |
| A | Phillips, Lawrence | Web Gasohel & Mancas LLP (CA) | 2006 | 2006 | CA | 485.00 | 9.90 | 4,801.00 |
| PP | Seares, Joseph C. | McKenna Long & Aldridge LLP (CA) | 1997 | 1997 | CA | 450.00 | 2.70 | 1,215.00 |
| A | Elliot, Kevin | Quinn Emanuel Urquhart Oliver & Hedges, LLP* | 2005 | 2005 | CA | 430.00 | 402.90 | 173,247.00 |
| A | Lacroix, Martine | Klee, Tuchin, Bogdanoff & Stern, LLP | 2008 | 2008 | CA | 380.00 | 1.90 | 748.00 |
| LB | Forrester, Leslie A. | Quinn Emanuel Urquhart Oliver & Hedges, LLP* | | | | 300.00 | 16.60 | 4,980.00 |
| | | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 250.00 | 4.90 | 1,225.00 |

# California Rate Report

| | PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| PP | Forrester, Leslie A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | $ 250.00 | 1.80 | $    450.00 |
| PP | Ferris, Dennis A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 47.90 | 10,777.50 |
| PP | Harris, Denise A. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 6.50 | 1,017.50 |
| PP | Hardison, Felice | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 225.00 | 0.40 | 90.00 |
| PP | Groezner, Michelle | McKenna Long & Aldridge LLP (CA) | | | | 215.00 | 60.40 | 12,986.00 |
| PP | Paterson, Sandol | Kiss, Turdan, Bogdenoff & Stern, LLP | | | | 215.00 | 52.40 | 11,266.00 |
| PP | Brown, Thomas J. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 195.00 | 59.75 | 11,651.25 |
| PP | Mateo, Mae | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 195.00 | 6.00 | 1,170.00 |
| PP | Brown, Thomas J. | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 195.00 | 2.00 | 390.00 |
| LS | Everhard, Christine | McKenna Long & Aldridge LLP (CA) | | | | 180.00 | 3.00 | 540.00 |
| PP | Sarin, Andrew | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 150.00 | 16.90 | 2,535.00 |
| PP | Baros, John | Pachulski Stang Ziehl Young Jones & Weintraub (CA) | | | | 150.00 | 0.80 | 120.00 |

# APPENDIX EXHIBIT G

Angela Alioto, (SBN 130328)
Steven L. Robinson, (SBN 116146)
Angela Veronese,(SBN 269942)
Mathew Wayne,(SBN 283897)
Joseph Alioto Veronese, Esq. SBN 214607
**LAW OFFICES OF JOSEPH L. ALIOTO
          AND ANGELA ALIOTO**
700 Montgomery Street
San Francisco, CA  94111
Telephone: (415) 434-8700

*Attorneys for Plaintiff*
Frank Allen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ALLEN,<br><br>                Plaintiff<br><br>        vs.<br><br>RADIOSHACK CORPORATION,<br><br>                Defendants. | **Case No.:**  CV 11-03110 WHA<br><br>**DECLARATION OF CLIFF PALEFSKY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES** |

I, Cliff Palefsky, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I have personal knowledge of the facts set forth below and could competently testify as to those facts if called upon to do so.

2. I am a partner/shareholder at the law firm of McGuinn, Hillsman & Palefsky, and have been a

member of the California Bar since 1977. I obtained my Bachelor of Arts degree from the State

University of New York at Buffalo in 1974. I received my law degree from the Georgetown

University Law Center in 1977, where I served as a member of the American Criminal Law

Review from 1976 to 1977.

3.      My practice with the law firm of McGuinn, Hillsman & Palefsky consists almost

exclusively of employment cases. I have litigated hundreds of employment cases on behalf of

employees. I was a co-founder of the National Employment Lawyers Association and was on the

executive board of the California Employment Lawyers Association for over 10 years. I have

served as a consulting editor and co-author for CEB's *Wrongful Employment Termination

Practice* and have authored numerous articles on employment law. I am a member of the

Advisory Board of the Employee Rights and Employment Policy Journal. I am a fellow of the

College of Labor and Employment Lawyers. I am an advisor to the American Law Institute on

the Restatement of Employment Law. I have been identified as one of the leading employment

lawyers in California and the country in several publications, including the National Law

Journal, the Recorder, the San Francisco Chronicle, Super Lawyers and Best Lawyers in

America.

4. Almost all of the work that I do is on a contingency basis. However, my hourly

billing rate is $750 per hour. I am familiar with hourly billing rates charged by attorneys in the

Bay Area, based upon my review of declarations filed in other cases by attorneys seeking an

award of attorneys' fees; based on surveys I have read of hourly billing rates in the Bay Area;

and based on discussions I have had with other attorneys in the Bay Area. Based on my

familiarity with the hourly rates charged by other Bay Area attorneys, it is my opinion and belief

that my hourly billing rate of $750 is well within the market rate for attorneys in the Bay Area with my experience and reputation.

### Hourly Rates

9. As part of my practice, I am generally familiar with rates charged by attorneys in the San Francisco area for work on civil rights matters and comparably complex litigation.

10. I have been informed that this was an individual FEHA action based on Age and Race discrimination, brought against the RadioShack Corporation, in which the Plaintiff prevailed and recovered a judgment for $1,030,000.00. I consider this a good result for this Plaintiff in the jurisdiction of San Francisco and against such a large corporation and its legal resources. I also have been informed that the hourly rates claimed by Plaintiff's Bay Area attorneys are as follows:

-a 2013 rate of $700 per hour for merits counsel Angela Alioto;
-a 2013 rate of $600 per hour for merits counsel Steve Robinson;
-a 2013 rate of $500 per hour for merits counsel Jody Meisel;
-a 2013 rate of $500 per hour for merits counsel Joe Alioto Veronese;
-a 2013 rate of $400 per hour for merits counsel Angela M. Veronese;
-a 2013 rate of $400 per hour for merits counsel Mathew Wayne;

11. I understand Ms. Alioto was admitted to practice in 1987, and since then has accumulated extensive expertise and trial experience in employment-related matters. I also am aware that Ms. Alioto's firm is a small firm and that she took a considerable risk having the entire law firm working on this case which involved a month-long trial. I have been informed that Ms. Alioto's firm fronted all the out-of-pocket expenses in excess of $45,000 (excluding salaries and other expenses; and that the Plaintiff obtained an excellent result against a large entity. Angela Alioto's hourly rate of $700 seems within the range of fees charged by and awarded to comparable attorneys, especially given her specialized expertise in discrimination

law and her reputation earned as a result of their many successful large verdicts. I am also familiar with Mr. Veronese (admitted in 2001) and Mr. Robinson (admitted in1984). As is customary in small employment law firms, I am aware that each of their efforts are necessary to obtain successful verdict such as the one in this matter. Ms. Alioto and her fellow attorneys have recovered multi-million dollar verdicts in several employee related lawsuits, and successfully represented numerous individual employees.

### A Multiplier Is Appropriate

13. I believe that a multiplier is appropriate in cases such as this. The principal reason is that Plaintiff's attorney assumed representation in this case on a fully contingent basis. If the Plaintiff had not prevailed, counsel would have sustained a tremendous financial loss in terms of the time spent on the case and the expenses advanced. While Plaintiff's attorney obviously believed that the case was meritorious, and would not have filed it if she had thought otherwise, there is always a substantial risk that a case may ultimately be unsuccessful, whether because the trial court takes a different view of the law, because the facts turn out to be different from what was initially believed, because of a procedural defect, or because of some later change in the law. An attorney working on a contingent fee basis in such a case has little upside short of a judgment in the plaintiff's favor and a fully compensatory fee award. That risk increased significantly when defendant chose to mount a vigorous defense, declined to settle, and required the case to go to trial. The absence of significant economic damages also made this case quite risky. A high percentage of employment discrimination cases that end up going to trial are lost. Winning discrimination cases is never easy. If this case had been lost, all of counsel's time, effort, and expense -- including the expense of running their offices -- would have been lost as well. In the legal marketplace, that risk commands a significantly higher fee than a lodestar-only,

non-contingent fee. Unless a significantly enhanced lodestar can be recovered when harassment and retaliation victims like Mr. Allen's win, it is rarely a viable economic proposition to risk hundreds of hours of time and over a hundred thousand dollars in costs and salaries.

If called as a witness, I could and would competently testify from my personal knowledge to the facts stated herein. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 14 day of March 2013, in San Francisco, California.

CLIFF PALEFSKY, Esq.

# APPENDIX EXHIBIT H

1    Angela Alioto, (SBN 130328)
2    Steven L. Robinson, (SBN 116146)
     Angela Veronese,(SBN 269942)
3    Mathew Wayne,(SBN 283897)
     Joseph Alioto Veronese, Esq. (SBN 214607)
4    **LAW OFFICES OF JOSEPH L. ALIOTO**
               **AND ANGELA ALIOTO**
5    700 Montgomery Street
6    San Francisco, CA  94111
     Telephone: (415) 434-8700
7

8    *Attorneys for Plaintiff*
     Frank Allen

9                    **UNITED STATES DISTRICT COURT**

10

11                  **NORTHERN DISTRICT OF CALIFORNIA**

12
     FRANK ALLEN,                        )   Case No.:  CV 11-03110 WHA
13                                       )
                                         )
14                                       )
                   Plaintiff             )
15                                       )   **DECLARATION OF JOSEPH ALIOTO**
                                         )   **VERONESE IN SUPPORT OF**
16                                       )   **PLAINTIFF'S MOTION FOR**
                   vs.                   )   **ATTORNEYS' FEES**
17                                       )
                                         )
18                                       )   **Judgment Entered March 1, 2013**
     RADIOSHACK CORPORATION,             )   **Honorable William Alsup**
19                                       )
                                         )   **Date: April 25, 2013**
20                 Defendants.           )   **Time 8 am**
                                         )   **Dept.: Courtroom 8**
21                                       )

22

23   I, Joseph Alioto Veronese, Esq., declare as follows:

24      1.  I am an attorney licensed to practice law in the State of California and in the Ninth
25          Circuit Federal Court of the United States.
26      2.  I have personal knowledge of the following facts and if called upon, could competently
27          testify thereto. I submit this declaration in support of Plaintiff's Motion for Attorneys'
28          Fees.

3. My legal background includes approximately 8 years as a peace officer.  This includes approximately 3 years with the San Francisco Police Department. I also served as the youngest senior criminal investigator for the San Francisco District Attorney's office, four years as San Francisco Police Commissioner, and an additional 6 years as a California Commissioner on Criminal Justice as appointed by the California Senate. With my experience, I bring a considerable knowledge of investigations to my practice of law.

4. In Valladares v. Madera Quality Nut, a case tried during 2006 in Madera County, California.  I was awarded an hourly rate of $ 250.

5. In Vandenburg v. County of Santa Clara, I was awarded an hourly rate of $ 275 per hour in a case tried in 2008.

6. In Gilman-Veronese v. Lucasfilm, a case tried two years ago,  I was awarded an hourly rate of $ 300.

7. I am requesting an hourly rate of $ 500 per hour based upon my record and recent federal cases.

8. In the pending matter, I worked 72.5 hours for a total lodestar of $36,250. The hours are indicated in the extensive records provided herewith as Exhibit 1.   Pertaining to this motion, I have spent 2 (two) hours gathering information, drafting and reviewing this motion. My fee for this motion is thus $1000.

9. Additionally, I am requesting a total of $964.39 for my travel expenses related to the deposition of Mr. Pattakos in Dallas, Texas. Attached as Exhibit 2 is a copy of my hotel bill.

10. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Signed March 15, 2012, in Scottsdale, Arizona.


_____/s/_____
Joe Alioto Veronese

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

# Allen V. Radio Shack Timesheet for Joe Alioto Veronese, Esq.

| Tie | Comment | Hours |
|---|---|---|
| 9/1/2012 0:00 | Review allen Depo and notes | 4 |
| 9/1/2012 0:00 | Review of Hani Depo and notes | 3 |
| 9/3/2012 0:00 | Review and notes of Ocampo Depo | 4 |
| 9/11/2012 0:00 | Preparation for Patakos deposition | 5.5 |
| 9/13/2012 0:00 | Deposition prep In Dallas | 2 |
| 9/13/2012 0:00 | Travel to Dallas | 4 |
| 9/14/2012 0:00 | Depo of Patakos | 4.5 |
| 9/14/2012 0:00 | Travel to and from Depo on the ground. | 1 |
| 9/14/2012 0:00 | Travel from Dallas to SF | 4 |
| 10/2/2012 0:00 | Meeting with Amv re patakos | 2.5 |
| 1/9/2013 0:00 | Read and review Patakos Depo | 2.5 |
| 2/16/2013 0:00 | Jury questionnaire prep | 3 |
| 2/19/2013 0:00 | Jury selection prep | 2 |
| 2/19/2013 0:00 | Court appearance for jury selection | 7 |
| 2/20/2013 0:00 | Opening Tirail Post jury selection research and \ | 6 |
| 2/24/2013 0:00 | Expert testimony prep | 3 |
| 2/24/2013 0:00 | Meet with expert to review report. | 2.5 |
| 2/25/2013 0:00 | Court appearance re expert testimony | 4 |
| 3/15/2013 0:00 | Punitive Closing | 5 |
| 9/2012 to present | Review and respond to emails | 3 |
| | | 72.5 |
| | Rate | $500.00 |
| | | $36,250.00 |
| | Fee Motion Time 2 hours | 1200 |
| | | $37,450.00 |

**EXHIBIT 2**



# THE Fairmont
## DALLAS

1717 NORTH AKARD STREET
DALLAS, TX 75201
T 214 720 2020  F 214 720 5269

| | | |
|---|---|---|
| **Room** | : | 1726 |
| **Folio #** | : | 687235 |
| **Cashier #** | : | 536 |
| **Page #** | : | 1 of 1 |

**Mr Joe Veronese**
**700 Montgomery St**
**San Francisco CA 94111**
**United States**

| | | |
|---|---|---|
| **Arrival** | : | 09-13-12 |
| **Departure** | : | 09-14-12 |

**Fairmont President's Club**
3249474918

| Date | Description | Additional Information | | Charges | Credits |
|---|---|---|---|---|---|
| 09-13-12 | Room Charge | | | 169.00 | |
| 09-13-12 | Tourism PID Reimbursement Fee 2% | | | 3.38 | |
| 09-13-12 | City Tax (7%) | | | 12.07 | |
| 09-13-12 | State Tax (6%) | | | 10.34 | |
| 09-14-12 | Visa | XXXXXXXXXXXX0291 | XX/XX | | 194.79 |
| | | **Total** | | **194.79** | **194.79** |
| | | **Balance Due** | | **0.00** | |

Thank you for choosing Fairmont Hotels & Resorts. To provide feedback about your stay please contact the General Manager, at dal.gm@Fairmont.com. We also invite you to share memories of your experience on our community forum - visit www.everyonesanoriginal.com.

Guest signature **X**
For information or reservations, visit us at
**www.fairmont.com** or call Fairmont Hotels & Resorts from:
United States or Canada    1 800 441 1414

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company, travel agent or association fails to pay for the full amount of the charges. Overdue balance subject to a surcharge at the rate of 1.5% per month. (19.56% per annum). All accounts deemed delinquent may be subject to legal fees and all other costs associated with the bill. Account is payable on presentation or departure.

**Thank you for choosing to stay with Fairmont Hotels & Resorts**