AO 133   (Rev. 06/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| Frank Allen | ) | |
| v. | ) | Case No.: CV 11-03110 |
| RadioShack Corporation | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____3/1/2013_____ against ____RadioShack Corporation____ ,
                                                                  *Date*

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk ........................................................................................... | $ | 443.00 |
| Fees for service of summons and subpoena ................................................... | | 2,102.50 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 10,060.84 |
| Fees and disbursements for printing ............................................................. | | |
| Fees for witnesses *(itemize on page two)* ........................................................ | | 940.03 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 3,806.04 |
| Docket fees under 28 U.S.C. 1923 ................................................................ | | |
| Costs as shown on Mandate of Court of Appeals ......................................... | | |
| Compensation of court-appointed experts...................................................... | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 .......... | | |
| Other costs *(please itemize)* ........................................................................ | | |
| | TOTAL    $ | 17352.41 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒   Electronic service        ☐   First class mail, postage prepaid

☐   Other:   _____

    s/ Attorney:   __Miller Law Group, Tracy Thompson, Jenine Simerly and Mani Sheik__

      Name of Attorney:   __Angela M. Veronese (SBN 269942)__

For: _____   Date:   ___March 1, 2013___
                   Frank Allen
               *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____   and included in the judgment.

                         By: _____

| _____ | _____ | _____ |
|---|---|---|
| *Clerk of Court* | *Deputy Clerk* | *Date* |

AO 133   (Rev. 06/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | | |
| David Gonsolin, Folsom, California | 2 | $334.88 | | | | | | $334.88 |
| Hani Alzaghari, Fremont, California | 2 | $159.12 | | | | | | $159.12 |
| Shaan Smith, San Lorenzo, California | 1 | $80.41 | | | | | | $80.41 |
| William Hamilton, San Francisco, California | 1 | $44.00 | | | | | | $44.00 |
| Tom Shultz, San Francisco, California | 1 | $110.62 | | | | | | $110.62 |
| Thomas Nabozney, Livermore, California | 1 | 90.32 | | | | | | $90.32 |
| Carlos Venegas, San Francisco, California | 1 | $45.09 | | | | | | $45.09 |
| Shaan Smith, San Lorenzo, California | | $75.59 | | | | | | $75.59 |
| | | | | | | | TOTAL | 940.03 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Allen V. RadioShack Corporation

Case No. CV 11-3110

Itemization and documentation of Cost- Attachment to Bill of Costs

Fees Of the Clerk

|  |  |
|---|---|
| One Legal Filing Fee | $33.00 |
| One Legal Filing Fee | $ 410.00 |

Fees for Service of Summons and Subpoena

|  |  |
|---|---|
| Mercury Investigation- David Gonsolin | $ 98.00 |
| Mercury Investigation Hani Alzagari | $ 100.00 |
| Mercury Investigation- Shaan Smith | $754.50 |
| Mercury Investigations- Nabozney, Alzagari, Shultz | $278.64 |
| Mercury Investigation- Hamilton and Venegas | $ 89.05 |
| Mercury Investigation- Aybef, Ocampo, Pattakos | $ 370.00 |
| Mercury Investigation-Shaan Smith | $ 270.00 |
| Mercury Investigation- David Gonsolin | $95.00 |

Fees For printed or electronically recorded transcripts

|  |  |
|---|---|
| Donna Ocampo Depo | $1417.60 |
| Hani Alzagari Deposition | $ 668.80 |
| Amy Tam Deposition | $ 579.60 |
| Frank Allen Deposition Vol.1 | $. 765.20 |
| Greg Pattakos Deposition | $ 958.80 |
| Frank Allen Deposition Vol. 2 | $ 555.95 |

CONTINUED page 2

| | |
|---|---|
| David Gonsolin Deposition | $ 1068.90 |
| Shaan Smith Deposition | $ 1433.29 |
| Nabozney and Venegas Depositions | $ 1273.40 |
| Video of Frank Allen Deposition Vol I & II | $295.00 |
| Court Transcript of PreTrial Conference (Belle Ball) | $112.80 |
| Court Transcripts- Trial by Lydia Zinn | $913.50 |

| | |
|---|---|
| Printing Fees   31717 copies at .12 cents a copy | $ 3806.04 |

# ONE LEGAL LLC

## CONFIRMATION for Court Filing

### This is not an Invoice



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 1525413 | Date: 6/14/2011 |
|---|---|---|

| | |
|---|---|
| Customer LAW OFFICE OF ANGELA ALIOTO | Attorney Angela M. Alioto |
| Customer No. 0007331 | Attorney e-mail angelaav@aol.com |
| Address | Contact Henry Wong |
| 700 Montgomery St. | Contact e-mail hwong@aliotolawoffices.com |
| San Francisco, CA  94111 | Contact Phone 415-434-8700 Ext 805 |
| | Contact Fax 415-438-4638 |
| | Law Firm File Number 7331 |

**Case Information:**

Case Number CGC 11-511136
County San Francisco
Court San Francisco - McAllister Civil
Case Short Title Frank Allen vs. Radio Shack Corporation

| Documents Received: | No. Docs: 1 | No. Pgs: 3 |
|---|---|---|

Proof of Service with Exhibit A attachment

Confirmation Report. **DO NOT PAY.** An Invoice will be sent later.

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Caption page ETA 5pm. Edited by JE. | Service fee | 33.00 |
| Order Status: Assignment Completed | | |

*Do Not Pay — Not An Invoice*

| Services will be Invoiced later. | DO NOT PAY. | Total: | 33.00 |
|---|---|---|---|

Thank you for choosing One Legal.  If you have any questions about this assignment, please contact,
103 Branch
Ph: 415-437-1377  Fx: 415-437-9684

Superior Court of California,
County of San Francisco
Civil/Small Claims

May-23-2011   W3211523F004      PRATT
08:38:45

CASE NUMBER: CGC-11-511136

FRANK ALLEN VS. RADIO SHACK CORPORATION
et al

CIVIL COMPLAINT/PETITION/OTHER FIRST PAP
ER

FILED BY

COURT APPEARANCE SCHEDULED FOR
FRIDAY, OCT 21, 2011 AT 9:00 AM
IN COURTROOM 610,
CIVIC CENTER COURTHOUSE

FEE:      $410.00 PAID BY CHECK

              THANK YOU

# M*ERCURY* INVESTIGATIONS

Email: mercury@mercuryinvestigations.com
License No.: PI 012115
3645 Grand Avenue, Suite 207
Oakland, CA 94610
Phone: (510) 268-9810
Fax: (510) 268-9806

September 25, 2012

ANGELA ALIOTO
LAW OFFICES OF MAYOR JOSEPH L ALIOTO
& ANGELA ALIOTO
700 Montgomery Street
San Francisco, Ca. 94111

RE:   FRANK ALLEN v. RADIO SHACK CORPORATION
US Northern District Court No.: CV 113110 WHA
Our Invoice No:   9B2512-1AA

## STATEMENT OF BILLING:

9/11/12, Received AMENDED SUBPOENA TO TESTIFY AT A DEPOSITION
IN A CIVIL ACTION, RULE 45 for service to:

DAVID GONSOLIN
106 Kemp Court, Folsom, CA   95630

| | |
|---|---|
| 9/13/12 @ 7:25 p.m., Personal Service. | $98.00 |
| Witness fee advanced, Federal Subpoena | 170.88 |
| Check advance fee charge | 17.00 |

**TOTAL AMOUNT DUE**        **$285.88**
Federal ID # 94-3049158

Thank you for your continuing business
Invoice due and payable upon receipt.

# MERCURY INVESTIGATIONS

Email: mercury@mercuryinvestigations.com
License No.: PI 012115
3645 Grand Avenue, Suite 207
Oakland, CA 94610
Phone: (510) 268-9810
Fax: (510) 268-9806

**May 17, 2012**

ANGELA MIA VERONESE
LAW OFFICES OF MAYOR JOSEPH L ALIOTO
& ANGELA ALIOTO
700 Montgomery Street
San Francisco, Ca.   94111

RE:   **FRANK ALLEN v. RADIO SHACK CORPORATION**
       **US Northern District Court No.:   CV 11 3110 WHA**
       **Our Invoice No:  5A1712-1AA**

**STATEMENT OF BILLING**:

5/14/12, Received, COVER LETTER, SUBPOENA TO TESTIFY AT A DEPOSITION
IN A CIVIL ACTION, RULE 45 for service to:

HANA ALZAGHARI
35269 Cabrillo Drive
Fremont, CA   94536


5/15/12 @ 7:54 p.m. , not in
Waited until 8:30 p.m., When Mr. Alzaghari arrived home and
he was served in the driveway.
Mr. Alzaghari drives a red sedan, license plate number 4VOX284.

| | |
|---|---:|
| Fee for service | $100.00 |
| Witness fee advanced to Mr. Alzaghari | 81.42 |
| Check advance fee charge | 8.14 |

| | |
|---|---:|
| **TOTAL AMOUNT DUE** | **$189,56** |

Federal ID # 94-3049158


**Thank you for your continuing business**
**Invoice due and payable upon receipt.**

# MERCURY INVESTIGATIONS

Email: mercury@mercuryinvestigations.com
License No.: PI 012115
3645 Grand Avenue, Suite 207
Oakland, CA 94610
Phone: (510) 268-9810
Fax: (510) 268-9806

October 2, 2012

**ANGELA MIA VERONESE, ESQ.**
**LAW OFFICES OF MAYOR JOSEPH L ALIOTO & ANGELA ALIOTO**
700 Montgomery Street
San Francisco, Ca. 94111

RE:     FRANK ALLEN v. RADIO SHACK CORPORATION, INC.
        US Northern District Court No.: CV 113110 WHA
        Our Invoice No:   10A0212-1AA

## STATEMENT OF BILLING:

9/6/12, Received:  SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION for service to
SHAAN SMITH @ 293 Fairway Street, Hayward, CA  94544
9/6/12 @ 7:34 p.m., Attempted service. Per Black male, Shaan Smith is not known at this
address. Lincoln Aviator vehicle, Lic. No. 6KRF240 parked in driveway.

9/7/12, Ran database report to locate subject, and 9/26/12, property report for
SHAAN SMITH. Also visited the Alameda County Assessor's Office to see
who owns 293 Fairway St., Hayward. Property owned by Lester Wollman and
Ava Fung, tax bill goes to 139 Mill Creek Rd, Fremont, CA. Also
checked the Alameda Recorder's Office for listings under Shaan Smith.................................. $40.00

9/8/12 @ 7:45 a.m., Visited 17457 Via Anacapa, San Lorenzo, CA. The SMITHs live at this
address. Per an adult female, Shaan Smith does not live her, the adult female knows her,
refused to provide her name but thought that SHAAN lives on Fairway in Hayward, CA.
A business card was left with the adult female and she was asked to give it to Shaan to have
her call this office. No response by Ms. Smith. Attempt. ...................................................... 45.00

9/8/12 @ 8:15 a.m., Attempted 293 Fairway Street, Hayward, CA  94544. Black male
identified himself as Mr. Blandon. He stated that he and, his wife Tammie live here with his
two sons and Shaan Smith does not live at this address. Mr. Blandon stated that he has lived here
for 1 ½ years and he does not know Shaan Smith. White Honda, license plate # 4VMZ415
parked in driveway.
9/11/12, Post Office Requests for 17457 Via Anacapa, San Lorenzo, CA. and 293 Fairway
Street, Hayward, CA  94544 submitted for new addresses. See enclosed reports .................... 65.00
Driver's license investigation, Shaan Smith, DOB: 11/23/1975 .............................................. 65.00
9/25/12, Stakeout @ 293 Fairway Street, Hayward, CA  94544, 4:40 p.m. to 7:40 p.m.,
No females were seen exiting or entering the residence. Lincoln Aviator parked in driveway.
White Honda not seen. 3 hours stakeout @ $95.00 .............................................................. 285.00

ANGELA MIA VERONESE, ESQ.
FRANK ALLEN v. RADIO SHACK CORPORATION
Our Invoice No:   10A0212-1AA
Page 2 of 2

9/28/12, Lincoln license plate # 6KRF240 Investigation. Ascertained that vehicle is registered to
Shaan S. Smith at 293 Fairway Street, Hayward, CA  94544 ....................................................  65.00

10/01/12 @ 11:58 a.m., @ 293 Fairway Street, Hayward, CA  94544, stakeout initiated,
White Honda parked in front of the residence, Lincoln parked in the driveway. At 12:30 p.m., a
Black female came out of the residence, fitting the description of Shaan Smith. The Black female
stated that she was not Shaan Smith and refused to identify herself. The Black female was served
with the subpoena by putting it inside the Honda vehicle that was opened at the time by Ms. Smith.
Ms. Smith  was told that she was served. The Black female took the subpoena and threw it to the
ground.  The subpoena was then put on the windshield of the Honda by the server. The Black female
took  the subpoena off the Honda's windshield and threw it on the ground and drove off.
The Black male who was first seen at the residence and at one time identified himself as
Mr. Blandon,  entered the Honda with the Black female and drove off.
Your office was notified of the manner of service. 10/1/12, Stakeout fee ...................................  95.00
Address attempts at  293 Fairway Street, Hayward as stated above. ...........................................  95.00
Witness fee advanced ...................................................................................................................  80.41
Check advance fee charge ...........................................................................................................   8.40

10/2/12, A copy of the subpoena was mailed to Shaan Smith at the service address.

                                              **TOTAL AMOUNT DUE**               **$843.31**
                                              Federal ID # 94-3049158

**Thank you for your continuing business**
**Invoice due and payable upon receipt.**

# M*ERCURY* INVESTIGATIONS

Email: mercury@mercuryinvestigations.com
License No.: PI 012115
3645 Grand Avenue, Suite 207
Oakland, CA 94610
Phone: (510) 268-9810
Fax: (510) 268-9806

February 6, 2013

ANGELA ALIOTO
LAW OFFICES OF MAYOR JOSEPH L ALIOTO
& ANGELA ALIOTO
700 Montgomery Street
San Francisco, Ca.   94111

RE:   **FRANK ALLEN v. RADIO SHACK CORPORATION**
      **US Northern District Court No.: CV 113110WHA**
      **Our Invoice No:   2A0613 - 1AA**

**STATEMENT OF BILLING:**
2/1/13, Activated for service: SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR
TRIAL IN A CIVIL ACTION, RULE 45 for service to:

THOMAS NABOZNY @ 358 El Caminito, Livermore, CA   94550
2/3/13 @ 9:56 a.m., Personal service. ................................................................. $95.00
Witness fee tendered ......................................................................................... 90.32
Fee advance charge ........................................................................................... 9.03

HANI ALZAGHARI @ 35269 Cabrillo Drive, Fremont, CA   94536
2/1/13 @ 7:53 p.m., not in., out of town for the weekend.
2/4/13 @ 10:06 a.m., Personal Service. .............................................................. 85.00
Witness fee tendered .......................................................................................... 77.70
Fee advance charge ............................................................................................ 7.77

THOMAS SCHULTZ @ Batteries Plus, 1450 Bush St., San Francisco, CA
2/4/13 @ 12:29 p.m., Personal Service. .............................................................. 75.00
Witness fee tendered, calculated from subject home address in Discovery Bay ....... 110.62
Fee advance charge ............................................................................................ 11.06

                                        **TOTAL AMOUNT DUE**        **$561.50**
                                          **Federal ID # 94-3049158**

**Thank you for your continuing business**
**Invoice due and payable upon receipt.**

# MERCURY INVESTIGATIONS

Email: mercury@mercuryinvestigations.com
License No.: PI 012115
3645 Grand Avenue, Suite 207
Oakland, CA 94610
Phone: (510) 268-9810
Fax: (510) 268-9806

February 6, 2013

ANGELA ALIOTO
LAW OFFICES OF MAYOR JOSEPH L ALIOTO
& ANGELA ALIOTO
700 Montgomery Street
San Francisco, Ca.  94111

RE:   **FRANK ALLEN v. RADIO SHACK CORPORATION**
      **US Northern District Court No.: CV 113110WHA**
      **Our Invoice No:   2B0613 - 2AA**

**STATEMENT OF BILLING**:
2/1/13, Activated for service: SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR
TRIAL IN A CIVIL ACTION, RULE 45 for service to:

CARLOS VENEGAS @ 1639 Jerrold Ave., San Francisco, CA 94124
2/4/13 @ 7:30 p.m., no answer.  Front entrances are gated, no bell for upstairs unit.
2/5/13, Waited outside the address for 15 minutes.  Mrs. Venegas exited the
residence.  A copy of the subpoena was left with her with a note for Carlos to call this office.
2/6/13, Carlos called this office and arranged a time for service.
2/6/13 @ 3:39 p.m., Personal Service ........................................................................ $85.00
Witness fee tendered.  ...............................................................................................  45.09
Check advance fee .....................................................................................................   4.50


2/4/13, Activated for service: SUBPOENA TO APPEAR AND TESTIFY AT A
HEARING OR TRIAL IN A CIVIL ACTION, RULE 45 for service to:

WILLIAM HAMILTON @ 26 Highland Ave., San Francisco, CA 94110
2/4/13 @ 7:47 p.m., not in, out of town in Oregon.
2/5/13 @ 3:56 p.m., Personal service.  .....................................................................  $75.00
Witness fee tendered.  ...............................................................................................  44.00
Check advance fee .....................................................................................................   4.40

                              **TOTAL  AMOUNT DUE**          **$257.99**
                              Federal ID # 94-3049158

**Thank you for your continuing business**
**Invoice due and payable upon receipt.**

# M*ERCURY* INVESTIGATIONS

Email: mercury@mercuryinvestigations.com
License No.: PI 012115
3645 Grand Avenue, Suite 207
Oakland, CA 94610
Phone: (510) 268-9810
Fax: (510) 268-9806

February 14, 2013

ANGELA M. VERONESE
LAW OFFICES OF MAYOR JOSEPH L ALIOTO
& ANGELA ALIOTO
700 Montgomery Street
San Francisco, Ca. 94111

RE:   FRANK ALLEN v. RADIO SHACK CORPORATION
      US Northern District Court No.: CV 113110WHA
      Invoice No.: 2F1413-3AA

## STATEMENT OF BILLING:

2/1/13, Activated for service: SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR
TRIAL IN A CIVIL ACTION, RULE 45 for service to:

GREG PATTAKOS @ 1715 Mossbrook Lane, Allen, Texas 75002
2/4/13 @ 7:13 p.m., Personal Service. ..................................................................... $125.00

DONNA OCAMPO @ 10270 Commonwealth Street, #1408, Lone Tree, CO 80124
2/2/13 @ 7:32 p.m., no answer.
2/4/13 @ 4:13 p.m., no answer.
2/6/13, Further service cancelled by your office. ....................................................... 120.00

BASEM AYBEF @ 9926 Murray Landing, Missouri City, Texas 77459
2/5/13 @ 2:35 p.m., not in per Mary, the subject's wife. Per Mary, subject
is out of the state and will be back this Saturday, Feb. 9th.  A phone call
was received from Mr. Aybef who stated that he can receive the subpoena on Saturday.
2/6/13, Your office cancelled service. ...................................................................... 125.00

                                  **TOTAL AMOUNT DUE**           **$370.00**
                                  **Federal ID # 94-3049158**

**Thank you for your continuing business**
**Invoice due and payable upon receipt.**

# MERCURY INVESTIGATIONS

Email: mercury@mercuryinvestigations.com
License No.: PI 012115
3645 Grand Avenue, Suite 207
Oakland, CA 94610
Phone: (510) 268-9810
Fax: (510) 268-9806

February 19, 2014

ANGELA M. VERONESE
LAW OFFICES OF MAYOR JOSEPH L ALIOTO
& ANGELA ALIOTO
700 Montgomery Street
San Francisco, Ca. 94111

RE:    FRANK ALLEN v. RADIO SHACK CORPORATION
       US Northern District Court No.: CV 113110WHA
       Our Invoice No:   2J1913- 2AA

## STATEMENT OF BILLING:

2/1/13, Activated for service: SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR
TRIAL IN A CIVIL ACTION, RULE 45 for service to:

SHAAN SMITH @ 293 Fairway Street, Hayward, CA   94544
2/3/13 @ 10:42 a.m., no answer., left business card at the front door.
2/5/13 @ 6:33 p.m., Bad address, Romeo Ibarra and his wife recently moved into
this address, Ms. Smith does not live here.  Attempts. ........................................................... $85.00

2/11/13, Received instructions to serve Ms. Smith at CHEVRON @ 841 Chervon Way,
Richmond, CA.  94801. 2/11/13 @ 11:55 a.m., Attempted to contact at the front Security Gate.
No response from Ms. Smith.  Waited until 1:05 p.m., no show,
no answer to the Security Shack by Ms. Smith.  ............................................................. 100.00

2/11/13, Received new address for Ms. Smith to be: 17457 Via Anacapa , San Lorenzo, CA
2/11/13 @ 7:48 p.m., Personal Service.  At the time of service, a Black male stated through the
door that Ms. Smith was not in.  This is the same person who lied  to this server when service was
attempted at the 293 Fairway St., Hayward address in September, 2012.  The server then looked
through a very large mail slot at the front door and saw Ms. Smith running from the TV room
to a back door to another room.  The subpoena was put through the mail slot and Ms. Smith
was told that she was served.  Your office was notified of the manner of service. .................  85.00
Witness fee tendered at the time of service  .......................................................................  75.59
Check advance fee charge ...................................................................................................   7.55

                                    TOTAL  AMOUNT DUE           $353.14
                                       Federal ID # 94-3049158

**Thank you for your continuing business.**
**Invoice due and payable upon receipt.**

# M*ERCURY* INVESTIGATIONS

Email: mercury@mercuryinvestigations.com
License No.: PI 012115
3645 Grand Avenue, Suite 207
Oakland, CA 94610
Phone: (510) 268-9810
Fax: (510) 268-9806

February 19, 2014

**ANGELA ALIOTO**
**LAW OFFICES OF MAYOR JOSEPH L ALIOTO**
**& ANGELA ALIOTO**
700 Montgomery Street
San Francisco, Ca. 94111

RE:   **FRANK ALLEN v. RADIO SHACK CORPORATION**
      **US Northern District Court No.: CV 113110WHA**
      **Our Invoice No:   2H1913 - 1AA**

**STATEMENT OF BILLING**:

2/1/13, Activated for service: SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR
TRIAL IN A CIVIL ACTION, RULE 45 for service to:

DAVID GONSOLIN
106 Kemp Court
Folsom, CA   95630

2/12/13 @ 6:30 p.m., Personal Service.   ................................................. $95.00
Witness fee advanced with the service of the subpoena ....................   164.00
Check advance fee charge @ 10% ......................................................   16.40

**TOTAL  AMOUNT DUE          $275.40**
**Federal ID # 94-3049158**

**Thank you for your continuing business.**
**Invoice due and payable upon receipt.**

DE SOUZA & ASSOCIATES
Certified Shorthand Reporters
P.O. Box 1675
San Mateo, CA  94401
desouzacr@att.net
(650) 341-2671          Fax (650) 341-2842


FEDERAL ID NO: 90-0114945

INV#: B6976
DATE: 02/28/12


ANGELA MIA VERONESE, ESQ.
ALIOTO & ALIOTO
700 Montgomery Street
San Francisco, CA  94111

---

Skaggs/02171201                    Duration:  10:00 a.m.
                                         to  4:21 p.m.
Frank Allen
vs
Radio Shack Corporation
DATE TAKEN:  02/17/12


    Deposition of Donna Ocampo
        Original & One Copy
        237 pages                           1019.10

        Certification Fee                     30.00
        Exhibit Fee - 117 pages               58.50
           Exhibits - Exhibits 1-9
           Exhibit pages - 117 x  $ 0.50
        Postage/Handling                      35.00
        Rough emailed 2-21-12                275.00
                                        ----------
                  TOTAL AMOUNT DUE:  $    1417.60
                                        ==========


Payable upon receipt. Net 30 days.
10% service fee added per month if not paid within 30 days.

DE SOUZA & ASSOCIATES
Certified Shorthand Reporters
P.O. Box 1675
San Mateo, CA 94401
desouzacr@att.net
(650) 341-2671          Fax (650) 341-2842

FEDERAL ID NO: 90-0114945

INV#: B7163
DATE: 06/22/12

ANGELA ALIOTO, ESQ.
ALIOTO & ALIOTO
700 Montgomery Street
San Francisco, CA 94111

Skaggs/06141202                    Duration: 10:00 a.m.
                                         to   1:30 p.m.
Frank Allen
vs
Radio Shack Corporation
DATE TAKEN: 06/14/12

    Deposition of Hani Alzaghari
        Original & One Copy
        136 pages                          584.80

        Certification Fee                   30.00
        Exhibit Fee - 48 pages              24.00
           Exhibits - Exhibits 1-14
           Exhibit pages - 48 x  $ 0.50
        Postage/Handling                    30.00
                                         ----------
             TOTAL AMOUNT DUE:   $       668.80
                                         ==========

Payable upon receipt. Net 30 days.
10% service fee added per month if not paid within 30 days.

DE SOUZA & ASSOCIATES
Certified Shorthand Reporters
P.O. Box 1675
San Mateo, CA  94401
desouzacr@att.net
(650) 341-2671                 Fax (650) 341-2842

FEDERAL ID NO: 90-0114945

INV#: B7166
DATE: 06/25/12

ANGELA ALIOTO, ESQ.
ALIOTO & ALIOTO
700 Montgomery Street
San Francisco, CA  94111

Skaggs/06121202                 Duration:   10:00 a.m.
                                      to    12:44 p.m.
Frank Allen
vs
Radio Shack Corporation
DATE TAKEN:  06/12/12

    Deposition of Amy Tam
        Original & One Copy
        122 pages                           524.60

        Certification Fee                    30.00
        Exhibit Fee - 36 pages               18.00
            Exhibits - Exhibits 1-4
            Exhibit pages - 36 x  $ 0.50
        Postage/Handling                     25.00
                                         ----------
                TOTAL AMOUNT DUE:  $      597.60
                                         ==========

Payable upon receipt. Net 30 days.
10% service fee added per month if not paid within 30 days.

# PATRICIA CALLAHAN REPORTING

Certified Shorthand Reporters
3553 Castro Valley Blvd., Suite G
Castro Valley, CA  94546

(510) 885-2371
(415) 788-3993
Fax (510) 247-9775
WeReport@ aol.com

Tax I.D. No.:  26-1275633

**To:**

Alioto & Alioto
ATTN.:  ANGELA M. VERONESE, ESQ.
700 Montgomery Street
San Franicsco, CA  94111

# Invoice

**Number:**   10794

**Date:**    9/4/2012

**Case:**    Frank Allen vs. Radio Shack Corp.

| Description | Reported | Amount |
|---|---|---|
| One Copy:   Deposition of Frank Allen, Vol. I | 2/15/2012 | 765.20 |

*Paid on credit card*

| Reported By:   W. Brown, CSR | **TOTAL DUE** | **$765.20** |
|---|---|---|

Terms: COD

* Please write the invoice number on you check or enclose a duplicate invoice with remittance
* Make checks payable to Patricia Callahan Reporting
* To pay by Credit Card please contact this office



**INVOICE**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

DATE: 9/28/2012
INVOICE # 091412-117491

**Bill To:**  Joseph Alioto Veronese, Esq.
Angela Alioto Law Group
700 Montgomery Street
San Francisco, CA  94111-2104

**CASE:** Allen v. Radio Shack
**WITNESS:** Gregory Pattakos
**DATE:** 9/14/2012
**LOCATION:** Dallas, TX

**Billing Comments / Instructions:**   Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 179 | $4.75 | $850.25 |
| Reporter Appearance Fee / Session | 2 | $45.00 | $90.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 8 | $0.15 | $1.20 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 179 | -$0.35 | -$62.65 |
| Conference Room / Day - Complimentary | 1 | $250.00 | $0.00 |
|  |  | SUBTOTAL | $878.80 |
|  |  | SHIPPING & HANDLING | $80.00 |
|  |  | TOTAL | $958.80 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

**PATRICIA CALLAHAN REPORTING**
Certified Shorthand Reporters
3553 Castro Valley Blvd., Suite G
Castro Valley, CA  94546

(510) 885-2371
(415) 788-3993
Fax (510) 247-9775
WeReport@ aol.com

Tax I.D. No.:  26-1275633

**To:**

Alioto & Alioto
ATTN.:  ANGELA M. VERONESE, ESQ.
700 Montgomery Street
San Franicsco, CA  94111

*PAID*

# Invoice

**Number:**   10902

**Date:**      10/9/2012

**Case:**    Frank Allen vs. Radio Shack

*Paid on CC*
*AV's signature*

| Description | Reported | Amount |
|---|---|---|
| One Copy:   Deposition of Frank Allen, Vol. II | 10/2/2012 | 555.95 |

| | | |
|---|---|---|
| Reported By:    L. Fagundes, CSR | **TOTAL DUE** | **$555.95** |

**Terms: COD**

* Please write the invoice number on you check or enclose a duplicate invoice with remittance
* Make checks payable to Patricia Callahan Reporting
* To pay by Credit Card please contact this office

DE SOUZA & ASSOCIATES
Certified Shorthand Reporters
P.O. Box 1675
San Mateo, CA  94401
desouzacr@att.net
(650) 341-2671          Fax (650) 341-2842

FEDERAL ID NO: 90-0114945

INV#: B7373
DATE: 10/25/12

ANGELA ALIOTO, ESQ.
ALIOTO & ALIOTO
700 Montgomery Street
San Francisco, CA  94111

Skaggs/10161201

Duration:  10:00 a.m.
       to   2:34 p.m.

Frank Allen
vs
Radio Shack Corporation
DATE TAKEN:  10/16/12

Deposition of David Gonsolin
    Original & One Copy
       228 pages                              980.40

    Certification Fee                          30.00
    Exhibit Fee - 57 pages                     28.50
       Exhibits - Exhibits 1-12
       Exhibit pages - 57 x  $ 0.50
    Postage/Handling                           30.00
                                          -----------
            TOTAL AMOUNT DUE:  $        1068.90
                                          ==========

Emailed 10-25-12 per request.

Payable upon receipt. Net 30 days.
10% service fee added per month if not paid within 30 days.

DE SOUZA & ASSOCIATES
Certified Shorthand Reporters
P.O. Box 1675
San Mateo, CA  94401
desouzacr@att.net
(650) 341-2671              Fax (650) 341-2842

FEDERAL ID NO: 90-0114945

INV#: B7377
DATE: 10/29/12

ANGELA ALIOTO, ESQ.
ALIOTO & ALIOTO
700 Montgomery Street
San Francisco, CA  94111

Skaggs/10231201

Frank Allen
vs
Radio Shack Corporation
DATE TAKEN:  10/23/12

Duration:   10:00 a.m.
        to    2:21 p.m.

Deposition of Shaan Smith
    Original & One Copy
       159 pages                              683.70

    Certification Fee                          30.00
    Exhibit Fee - 57 pages                     28.50
       Exhibits - Exhibits 1-12
       Exhibit pages - 57 x  $ 0.50
    Postage/Handling                           30.00
    70% Expedite/Rough sent 10-24             661.09
                                         ----------
          TOTAL AMOUNT DUE:  $     1433.29
                                         ==========

Expedited and emailed per request.

Payable upon receipt. Net 30 days.
10% service fee added per month if not paid within 30 days.

**PATRICIA CALLAHAN REPORTING**
Certified Shorthand Reporters
3553 Castro Valley Blvd., Suite G
Castro Valley, CA 94546

(510) 885-2371
(415) 788-3993
Fax (510) 247-9775
WeReport@ aol.com

Tax I.D. No.: 26-1275633

To:

Alioto & Alioto
ATTN.: ANGELA M. VERONESE, ESQ.
700 Montgomery Street
San Franicsco, CA 94111

# Invoice

**Number:** 10926

**Date:** 11/16/2012

**Case:** Allen vs. Radio Shack

| Description | Reported | Amount |
|---|---|---|
| One Copy: Deposition of Thomas Nabozny | 10/25/2012 | 824.50 |
| One Copy: Deposition of Carlos Venegas | 10/31/2012 | 448.90 |

| Reported By: W. Brown, CSR | **TOTAL DUE** | **$1,273.40** |
|---|---|---|

Terms: COD

* Please write the invoice number on you check or enclose a duplicate invoice with remittance
* Make checks payable to Patricia Callahan Reporting
* To pay by Credit Card please contact this office




**•CYRILVIDEO• 1 Federal Street #27 SF CA 94107**
Tel/Fax: 415-626-1212  Email: cyril@cyrilvideo.com

**DETAILS**

| Dates | 2/15 and 10/2 -- 2012 |
|---|---|
| Witness | Frank Allen -- Vol 1 and 2 |
| Firm Location | Miller Law SF CA |
| Case Name | Allen v Radio Shack |

**PAYMENT -- MEDIA @$90 per disk**

| Allen Vol.1 -- 3 DVD  x $35 | $105.00 |
|---|---|
| Allen Vol.2 -- 4 DVD  x $35 | $140.00 |
| Same Day Rush | $50.00 |
| **Total** | **$295.00** |
| Please pay within 30 days. | Thank you. |

| Make check out to: | Cyril Suszckiewicz |
|---|---|
| Billing Address | One Federal Street #27 SF CA 94107 |
| Invoice Number | V12913 |
| Tax ID | 38-3884229 |

Thank you,
Cyril Suszckiewicz
http://www.cyrilvideo.com/

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 20130042

### MAKE CHECKS PAYABLE TO:

| | |
|---|---|
| Angela Alioto<br>Angela Alioto<br>Professional Law Corporation<br>700 Montgomery Street<br>San Francisco, CA 94111-2104<br><br>Phone: | Belle Ball, CSR,CRR,RDR<br>Official Reporter, USDC<br>450 Golden Gate Avenue<br>16th Floor<br>San Francisco, CA 94102<br><br>Phone: (415) 373-2529<br>FAX (415) 522-3149<br><br>*belle_ball@cand.uscourts.gov* |

| ☐ CRIMINAL ☒ CIVIL | DATE ORDERED: 02-11-2013 | DATE DELIVERED: 02-12-2013 |
|---|---|---|

**Case Style:** C 11-3110 WHA, Allen v Radio Shack Corporation
Overnight expedite, Transcript of Hearing held before
Hon. William H. Alsup on February 11, 2013 (PDF copy)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | 94 | 1.20 | 112.80 | | | | 112.80 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 112.80 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $112.80 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: */s/ Belle Ball, CSR 8785* | DATE 02-12-2013 |
|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

2/21/2013

Lydia Zinn                                                              **913.50

Nine Hundred Thirteen and 50/100*********************************************************************

Lydia Zinn


Transcript: Allen Volume 3 Trial Transcript


Lydia Zinn                                                  2/21/2013
                              Trial Transcript                              913.50










First Republic - Opera   Transcript: Allen Volume 3 Trial Transcript                     913.50


Lydia Zinn                                                  2/21/2013
                              Trial Transcript                              913.50








First Republic - Opera   Transcript: Allen Volume 3 Trial Transcript                     913.50

## Department management

Enter a department code to access department counters

To confirm, create or modify the department information, enter the Administrator's password.

Department Code    [          ]    Enter

| Number | Department Name | Dept Code | Total Printing | Total Scanning | Fax Transmission | Fax Reception |
|--------|-----------------|-----------|----------------|----------------|------------------|---------------|
| 23 | Allen v. Radio Shack | 00104 | 31717 | 22965 | 0 | 0 |